United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| John Tauriac, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-24-4290 |
| Staffing the Universe, LLC | § | |
| a/k/a Industrial Staffing Services, et al., | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER OF ADOPTION</u>

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 36) dated June 18, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Industrial Staffing Services, LLC's Motion to Dismiss (docket no. 7) is **GRANTED** and Plaintiff John Tauriac's claims against it are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

It is further **ORDERED** that Plaintiff John Tauriac's Motion to Remand (docket no. 12) against Defendants Schlumberger Technology Corporation, Talos Energy, LLC and Helix Energy Solutions Group, Inc., is **GRANTED in part** and Plaintiff's Jones Act claims for negligence against those remaining Defendants is **SEVERED** from this action and **REMANDED** to the 190th Judicial District Court of Harris County, Texas.

It is further **ORDERED** that Plaintiff John Tauriac's Motion to Remand (docket no. 12) against Defendants Schlumberger Technology Corporation, Talos Energy, LLC and Helix Energy Solutions Group, Inc., is **DENIED in part** and, pursuant to the Outer Continental Shelf Lands Act ("OCSLA"), the Court will retain jurisdiction over Plaintiff's general maritime claims.

**SIGNED** at Houston, Texas, on this the 8th day of July, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE