United States District Court
Southern District of Texas
**ENTERED**
April 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| John Tauriac, §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>Staffing The Universe, LLC, §<br>Schlumberger Technology §<br>Corporation, Helix Energy §<br>Solutions Group, Inc, and Talos §<br>Energy, LLC §<br>§<br>*Defendants.* § | Civil Action No. 4:24-cv-04290 |

## AMENDED DOCKET CONTROL ORDER

3.  July 17, 2026     **EXPERT DEADLINES**
    Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

4.  August 14, 2026     Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5.  September 16, 2026     **COMPLETION OF DISCOVERY**
    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6.      <u>June 26, 2026</u>      **MEDIATION or SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE**

7.      <u>September 23, 2026</u>      **DISPOSITIVE MOTIONS**

8.      <u>January 13, 2027</u>      **ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE**

9.      <u>February 5, 2027</u>      **JOINT PRETRIAL ORDER**
Plaintiff is responsible for timely filing the complete joint pretrial order. The court will not accept separate versions of the pretrial order.

10.      <u>February 12, 2027</u>      **DOCKET CALL**
2:30 P.M. in Courtroom 9B. No instrument filed within three days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

All other deadlines remain unchanged.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on April 16, 2026, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge