# Exhibit "B"

CAUSE NO. 2024-65652

| | | |
|---|---|---|
| JOHN TAURIAC, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SCHLUMBERGER TECHNOLOGY | § | |
| CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | 190TH JUDICIAL DISTRICT |

## DECLARATION OF STEVEN COLE

1. My name is Steven Cole. My date of birth is September 10, 1981. My office address is 333 Clay Street, Suite 3300, Houston, Texas 77002, United States of America.

2. I am Director of Safety, Security and Emergency Response at Talos. I am familiar with Talos's drilling and exploration activities offshore in the Gulf of America, including on the Gunflint #4 well (the "Well").

3. Talos is the operator of the Well. On or about May 30, 2024, Talos applied for a permit to perform a stimulation operation on the Well. The purpose of a stimulation operation was to increase production from the well to recover more oil and gas. Attached hereto as **Exhibit "1,"** is a true and correct copy of Talos's Application for Permit to Modify (APM): Wellbore Stimulation for the Well.

4. The Well is located in the Mississippi Canyon 948 offshore in the Gulf of America on the outer continental shelf south of the State of Louisiana.

5. Talos hired Helix Energy Solutions Group, Inc. ("Helix") to perform the stimulation operation on the Well using its vessel, the *Q5000*. Helix in turn hired various contractors, including Schlumberger Technology Corporation ("STC") to provide services in connection with the stimulation operation. Attached hereto as **Exhibit "2,"** is a true and correct copy of Talos's Master Services Agreement with Helix.

6. Talos did not direct or control the selection of subcontractors by Helix for the *Q5000*, nor did Talos direct or control the operation of the *Q5000* or the work of any of Helix's subcontractors, including STC. No personnel from Talos participated in, directed, or controlled the rig up of STC's well testing equipment on board the *Q5000* in July 2024, including on July 6, 2024, the day of the incident. Attached hereto as **Exhibit "3,"** are true and correct copies of Talos's completions reports for the *Q5000* for July 4-6, 2024, that were completed by Talos's representatives to inform Talos of the operations. Attached

4927-9071-3527

hereto as **Exhibit "4,"** are true and correct copies of the persons on board reports for the *Q5000* for July 4-7, 2024.

7.   Talos did not employ Plaintiff John Tauriac ("Tauriac"), nor did it train him, supervise his work, direct his work, or otherwise control his work. Talos did not supply any equipment to Tauriac to perform his work with STC.

8.   In my capacity as Director of Safety, Security and Emergency Response for Talos, I am a custodian of records for Talos and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. **Exhibits 1-4,** attached hereto, are duplicates of original Talos records with bates stamps and exhibit stickers added, as applicable. It is the regular practice of Talos to make these types of records at or near the time of each act, event, condition, opinion, or diagnosis set forth in the records. It is the regular practice of Talos for these types of records to be made by, or from information transmitted by, persons with knowledge of the matters set forth in them. It is the regular practice of Talos to keep these types of records in the course of regularly conducted business activity. It is the regular practice of the business activity to make these records.

I declare under penalty of perjury that the foregoing is true and correct."

Executed in ___*Harris*___ County, State of Texas, on the __25^th__ day of June, 2026.

_____
Steven Cole

2

# Exhibit 1

|  | Mississippi Canyon 948 #4<br>OCSG-28030<br>60-817-41299-00 | Application for Permit to Modify<br>Wellbore Stimulation<br>Rev. 1.– 05/30/24 |
|---|---|---|

# Mississippi Canyon 948 #4

OCS-G 28030

API# 60-817-41299-00

Application for Permit to Modify (APM): Wellbore Stimulation

## Revision Log

| Rev # | Type | Description | Date |
|---|---|---|---|
| 1.1 | APM | Initial submittal to BSEE | 05/30/24 |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

|  | Mississippi Canyon 948 #4<br>OCSG-28030<br>60-817-41299-00 | Application for Permit to Modify<br>Wellbore Stimulation<br>Rev. 1.– 05/30/24 |
|---|---|---|

## Well History

### Current Well Status

Gunflint Well SS004 was completed in November 2015 with the Atwood Advantage.   The well was brought online in March 2016 @ ± 10,000-bopd.  Over the next 1½ years production steadily declined due to an increasing skin.

In July 2018, Stimulation #1, an intervention was performed using coiled tubing and xylene & acid to stimulate the reservoir and clean up asphaltenes across the screen, nearly doubling production volumes to +/-8,000 bopd in August 2018.

In June 2020, Stimulation #2, an intervention with coiled tubing was performed using xylene only to stimulate the reservoir and increase production. Since the previous stimulation production has continued to decline due to increasing skin.

In  June 2022, Stimulation #3, an intervention with coiled tubing was performed using xylene & acid to stimulate (Same as Stim#1) to stimulate the reservoir and increase production. Since the previous stimulation production has continued to decline due to increasing skin.

The well last tested 2,344-bopd, 2-bwpd and 3,179-mcfd @ 10,039-psi FWHP on 02-29-2024.


### Objective

Stimulate (#4), same as Stimulation #3, the Blue E Horizon via coiled tubing (with surface CT BOPs) and Helix IRS. Flowback the Blue E to the rig, then demob. The P&ID for the flowback equipment required for the operation is included.

CONFIDENTIAL



| Mississippi Canyon 948 #4<br>OCSG-28030<br>60-817-41299-00 | Application for Permit to Modify<br>Wellbore Stimulation<br>Rev. 1.– 05/30/24 |
| --- | --- |

## Well Information

| Well Information | | | |
| --- | --- | --- | --- |
| **Area** | Mississippi Canyon 948 | **Lease** | OCSG-28030 |
| **Operation** | Wellbore Stimulation | **Well** | 004 |
| **AFE** | QN245000-S1 | **Prospect** | Gunflint |
| **Platform** | GS1 | **TD** | 27,180 MD / 26,985 TVD |
| **API** | 60-817-41299-00 | **WD** | 6,094 |
| **Well Location** | | | |
| **Surface** | | **Bottomhole** | |
| **Latitude** | 28 0'54.21024" | **Latitude** | 28 0' 46.71" |
| **Longitude** | 88 45' 3.94536" | **Longitude** | 88 45'20.38" |
| **Elevations *(Original KB)** | | | |
| **RKB – MSL** | | 103 | |
| **Water Depth** | | 6,094 | |
| **RKB - ML** | | 6,197 | |

| Current Completion | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Sand** | **Dev (deg)** | **Perforations** | | **BHP (04/02/24) (psi)** | **SITP (04/02/24) (psi)** | **Packer Fluid** | **Hole Size** | **BHT (degF)** |
| | | **MD** | **TVD** | | | | | |
| BLUE E | 1 | 26,920 | 26,722 | 1,7485 | 11,411 | 13.7 PPG | 12.25 | 239 |
| | | 27,027 | 26,832 | | | | | |
| **MASP (Surface)**<br>= 17,485 psi – (0.296 psi/ft)*(26,722 TVD) | | | | | | | 9577 psi | |
| **MASP (Mudline)**<br>= 17,485 psi – (0.296 psi/ft)*(26,722 – 6,197 TVD) | | | | | | | 11,411 psi | |
| **MWE** | | | | | | | 12.6 ppg | |

| Casing | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **OD** | **Wt** | **Grade** | **Thread** | **ID** | **Drift** | **Burst** | **Collapse** | **Capacity** | **Bottom** |
| 10.750 | 79.29 | C-110 | Hyd523 | 9.282 | 9.126 | 12,020 | 13,140 | 0.0842 | 12,414 |
| 9.875 | 65.10 | V125HCSS | SLIJ-II | 8.531 | 8.500 | 14,800 | 11,980 | 0.0723 | 27,348 |
| **Production Tubing** | | | | | | | | | |
| 5.500 | 26.00 | 13Cr110 | VAMTOP | 4.670 | 4.545 | 14,530 | 14,540 | 0.0212 | 26,339 |
| 4.500 | 17.00 | 13Cr110 | VAMTOP | 3.740 | 3.615 | 16,260 | 17,010 | 0.0135 | 26,471 |
| **Workover Riser** | | | | | | | | | |
| 6.625 | 34.00 | V150 | GTM69 | 5.581 | 5.375 | 20,683 | 20,057 | 0.0296 | 6,197 |
| 2.875 | 7.90 | S1110 | PH6 | 2.323 | 2.229 | 16,896 | 16,082 | 0.0052 | 6,197 |

TALOS-00401



| Mississippi Canyon 948 #4<br>OCSG-28030<br>60-817-41299-00 | Application for Permit to Modify<br>Wellbore Stimulation<br>Rev. 1.– 05/30/24 |
|---|---|

## Pressure Testing and BOP Components

Helix's Subsea Intervention Riser System (IRS) to be utilized on this operation.

The IRS is a subsea shutoff / shearing device and while latched up the relevant surface BOP's are the main well control devices.

BOP tests will be performed every 14 days as per CFR §250.737 (a) (1) and (2).

OTC v2.0.0 to be used for all IRS and CT BOP pressure tests.

| Component | Working Pressure | Test Pressure | |
|---|---|---|---|
| | | Low | High |
| Surface Flowhead | 15000 | 250-350 | 10,400 |
| Helix IRS | 15000 | 250-350 | 10,400 |
| Coil Tubing BOP's | 15000 | 250-350 | 10,400 |
| Wireline PCE | 15000 | n/a | 10,400 |

| Component | OD | Wall | Grade |
|---|---|---|---|
| Coil Tubing Reel Specs (CT) | 2.000 | 0.145-0.250 | DC130 |
| Coil Tubing Reel Specs (CT across IRS7) | 2.000 | 0.224 (Max) | DC130 |
| Component | OD | Cable Strength (lbf) | |
| Slickline Specs (SL) | 0.125 | 3300 | |

CONFIDENTIAL



| Mississippi Canyon 948 #4<br>OCSG-28030<br>60-817-41299-00 | Application for Permit to Modify<br>Wellbore Stimulation<br>Rev. 1.– 05/30/24 |
| --- | --- |

| WELLHEAD / XT EQUIPMENT | |
| --- | --- |
| **ITEM** | **DESCRIPTION** |
| XT Tree | TechnipFMC 5" x 2" 10K Enhanced Horizontal XT 18-3/4" H4 Top |
| Tubing Hanger | TechnipFMC 15K PSI TH, 9 hydraulic ports & 1 electrical port |

| GENERAL WELL DATA – Q5000 | |
| --- | --- |
| Water Depth | 6094 |
| RKB - MSL | 53 (Q5000) |
| Correction (ORKB – Q5000 RKB) | (50) |
| RKB – Mud Line | 6,197 |
| Top LRP | X |
| Top EDP | X |
| Top SXT | LS Bore Protector – Min ID 4.000" |
| BLUE E Sand Perforation | 26,920-27,027 |
| Sump Packer | 27,035 |

CONFIDENTIAL

TALOS-00403



| | Mississippi Canyon 948 #4<br>OCSG-28030<br>60-817-41299-00 | Application for Permit to Modify<br>Wellbore Stimulation<br>Rev. 1.– 05/30/24 |
|---|---|---|

## Procedure

1  **Mobilize Helix Q5000 to Mississippi Canyon 948 surface location.**

2  **Perform SIT on the Intervention Riser System (IRS) to 250-350 / 10,400 psi.  Testing to be performed with OTC Version 2.0.0 and witnessed by certified 3rd party.**

3  **Upon arrival to surface location ballast vessel down to operating draft, set compatt array, calibrate system with ROV and perform DP trials.  Survey the Subsea Tree (XT) with ROV.**

4  **With rig in safe zone splash IRS and run in to XT depth with 6-5/8" 34.00 GTM-69 riser and 2.875 7.90 PH6 annular line.**

5  **PU LV and space out.**

6  **MU Coil Tubing Lift Frame (CTLF) and Surface Flowhead (SFH) assembly to riser.**

7  **Land out the Lower Riser Package (LRP) of the IRS onto XT H4 hub, engage connector and confirm latch.**

8  **Subsea test IRS and all surface equipment and lines to 250 – 350 / 10,400 psi as per Helix procedure.**

9  **Displace riser and annulus line to 11.0 ppg CaCl.**

10  **RU slickline unit and lubricator.  Test lubricator to 10,400 psi on all runs (slickline).**

11  **RIH and pull Upper Crown Plug (UCP)**

12  **RIH and pull Lower Crown Plug (LCP).**

13  **RIH and Install bore protector in subsea tree (XT).**

14  **RD Slickline.**

15  **RU CTU w/ 2.00 DC-130 Grade (t = 0.145" – 0.250") reel, injector head and BOP stack.**

16  **Test BOPE to 250 – 350 / 10,400 psi.  Testing to be performed with OTC Version 2.0.0**

17  **Hydraulically lock SCSSV in OPEN position.**

18  **RIH with wash nozzle and cleanout tubing through screen assembly @ 27,027-ft**

19  **Pump stimulation treatment(s).**

20  **POOH and RD CT.**

21  **Negative Test SCSSV for 30 minutes.**

22  **Flowback to well testing equipment onboard Q5000 until well cleans up (Flare < 48 hours).**



| Mississippi Canyon 948 #4 OCSG-28030 60-817-41299-00 | Application for Permit to Modify Wellbore Stimulation Rev. 1.– 05/30/24 |
| --- | --- |

23  Close SCSSV.

24  RU slickline unit and lubricator.  Test lubricator to 10,400 psi on all runs (slickline).

25  RIH and pull bore protector.  POOH.

26  RIH and set Lower Crown Plug (UCP).  POOH.

27  RIH and set Upper Crown Plug (LCP).  POOH.

28  RIH and Install bore protector in subsea tree (XT).

29  RD Slickline.

30  Unlatch IRS from XT.

31  Recover riser and IRS to surface.

32  PU compatts and demob.

CONFIDENTIAL

Exhibit 2

## MASTER SERVICE AGREEMENT

This Master Service Agreement (this "**Agreement**") is entered effective the 26th day of February 2024, by and between Talos Production Inc., a Delaware corporation, and its affiliated and subsidiary companies (collectively "**Company**"), and Helix Energy Solutions Group, Inc. a Minnesota corporation (or limited liability company, as applicable),  and its affiliated and subsidiary companies, including specifically Alliance Energy Services, LLC., a Louisiana limited liability company, Alliance Offshore LLC, a Louisiana limited liability company, Helix Well Ops Inc., a Texas corporation, Helix Robotics Solutions Group, Inc., a Texas corporation, and Helix Energy Solutions Group, Inc., a Minnesota corporation, and Triton Diving Services LLC, a Louisiana limited liability company, each a "**Contractor**" under this Agreement.  The terms subsidiary or affiliate shall mean and include any corporation, limited liability company, or other business entity directly or indirectly controlling, controlled by or under common control with Helix Energy Solutions. The terms "controlled," "controlling," "controlled by" and "under common control with," as used with respect to any person, means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of such person, whether through the ownership of voting securities or by contract or otherwise.

WHEREAS, Contractor is a service contractor and desires to perform and provide work, operations, Contractor owned, operated or chartered vessels or marine equipment (hereafter "Vessel"), and other goods and services (collectively, "**Work**") related to United States of America Gulf of Mexico Shelf and Deepwater abandonment, ROV work, and excluding any Deepwater enhancement work, all as an independent contractor for Company from time to time and Company may desire Contractor to perform and provide Work from time to time; and

WHEREAS, the Parties specifically agree that this Agreement shall not apply to the Helix Producer 1 vessel, nor to any Talos well intervention or stimulation projects with Contractor handled pursuant to separate drilling contracts; and

WHEREAS, the terms of this Agreement shall also apply to the "Framework Agreement", which will separately be included as one of the Work Orders under this Agreement and, to the extent inconsistent with the Framework Agreement, the terms and conditions of this Agreement shall control; and

NOW, THEREFORE, in consideration of the mutual promises and agreements herein contained, the sufficiency of which is hereby acknowledged, the parties hereto (each, a "**Party**"; and collectively, the "**Parties**") agree as follows:

1.      Upon the execution hereof, this Agreement shall thereupon remain in force and effect until terminated by either Party by giving the other Party thirty (30) days' notice in writing. (provided, however, that the terms and conditions of this Agreement will continue to govern any Work agreed to be performed or Work in progress at the time of termination until it has been completed by Contractor and accepted by Company) or as otherwise as provided in this Agreement.  This Agreement shall control and govern all Work performed by Contractor for Company under subsequent oral and/or written work orders, delivery tickets or other instruments.

All Work performed hereunder shall be performed under one or more orders (each, a "Work Order"), incorporating the terms hereof and setting forth the specific scope of the Work to be performed, the pricing terms, and the schedule for such Work.  Any agreements or stipulations in any such Work Order not in conformity with the terms and provisions hereof shall be null and void.  No waiver by Company of any of the terms, provisions or conditions hereof shall be effective unless said waiver shall be in writing and signed by an authorized officer of Company.

The parties agree that any project that involves well intervention or stimulation where the Company elects to decommission the applicable well or other infrastructure after the intervention or stimulation proves to be unsuccessful, shall except as otherwise agreed, be governed by the parties' initial agreement for such project, including the pricing thereof, and not under this Agreement.  Any ultimate decommissioning resulting from the well intervention or stimulation for such project shall be deducted from Talos's yearly budget for decommissioning, as well as costs related to Helix's refusal to contract for a proposed decommissioning project and Talos' spend with outside operated properties.

**EXHIBIT 2**

CONFIDENTIAL                                                   TALOS-00015

The term "Work" may specifically incorporate a Contractor owned, operated, or chartered vessel or marine equipment (hereafter "Vessel") on a day rate basis pursuant to the terms of the Work Order.

(a) When an Order involves the use of a Contractor owned, operated, or chartered vessel or marine equipment (hereafter "*Vessel*") on a day rate basis:

(b) Hire shall be payable at the rate agreed upon by the Parties in the relevant Order and shall begin to accrue on the date set out in the Order. Contractor, as owner, hereby provides or charters out and Company, as charterer, hereby hires the said Vessel(s), along with all tackle, apparel, equipment, furniture, crew, and stores, for the time period agreed to by the Parties as set out in the Order or until earlier terminated pursuant to the terms and provisions of this Agreement.

(c) In the event the Vessel must be taken out of service for inspection by the United States Coast Guard, applicable flag state administration or classification society, insurance surveyors or any other surveyors, or in the event the Vessel is required to undergo repairs to comply with applicable regulations, all hire for any period of said inspections or repairs shall immediately cease, subject to the applicable downtime provisions in the relevant Work Order.

(d) Allowable Down Time:  Unless otherwise expressly set forth in a mutually agreed Order executed by both Parties, beginning on the first day of the month after an Order has been in effect for thirty (30) consecutive days, Contractor shall be allowed one (1) day per month prorated, accumulative up to a maximum of six (6) days in one (1) calendar year, for the maintenance, inspection and repair of the Vessel and its tackle, apparel, equipment, furniture, and stores ("downtime allowance").  All downtime beyond such downtime allowance shall be at a "Zero Rate" ($0/day). With Company's consent, not to be unreasonably withheld, Contractor may use its downtime allowance for routine dry docking that has been previously scheduled with Company.  Any unused accrued downtime allowance will not be paid and will be cancelled at the termination of the Order.

When an Order involves the use of a Vessel on a lump sum basis, all Work shall be completed in compliance with this Agreement and the Order for the lump sum compensation specified in the Order.  Any portion of the Work that is not covered by the lump sum compensation must be expressly and specifically set forth in a written Order.

(a) *Taxes, Duties, Fees and Related Costs.*

(b) Contractor shall be responsible for and shall pay all taxes, duties, levies, charges and contributions (and any interest and penalties thereon) for which Contractor is liable under applicable law by any governmental authority, whether or not calculated by reference to wages, salaries, benefits or expenses, as well as other remuneration paid directly or indirectly to persons engaged or employed by Contractor in connection with the sale of Services, sale of Goods and the provision of Rental Equipment pursuant to this Agreement and any related Order.

(c) Contractor shall save, defend, indemnify, release, and hold harmless Company against all taxes, duties, levies, charges and contributions (and any interest and penalties thereon) for which Contractor is responsible as provided in sub-section (b) immediately above.

(d) Notwithstanding any other provision in this Agreement to the contrary, Company shall be responsible for and pay any applicable state or local sales or use tax directly imposed on the sale of Services, the sale of Goods, or the provision of Rental Equipment by Contractor to Company pursuant to this Agreement and any related Order. Company and Contractor shall work together to identify and take advantage of any applicable exemptions from such taxes, including the provision of exemption certificates and the like.

(e) The price charged by Contractor in connection with the Work shall include all taxes, duties, levies, charges and contributions for which Contractor is responsible pursuant to this Agreement.  Any state or local sales or use tax for which Company will be responsible pursuant to this Agreement shall be separately stated on Contractor's invoice as an addition to the price charged by Contractor.

When an Order involves the use of a Vessel, the Contractor warrants that:

(a) it has full authority, unencumbered and without reservation, to provide the Vessel in accordance with this Agreement and the applicable Order;

Rev. 2019-09 (1488692-16)                                           -2-

CONFIDENTIAL                                                                                    TALOS-00016

(b) the Contractor has exercised due diligence to ensure that the Vessel(s) is/are now properly staunch, strong, and in all respects seaworthy, in good repair and running condition, and fit for its/their intended purpose, and will be so maintained at all times during the term of any Order; and that such Vessel(s) shall comply in all respects with laws, regulations and class rules applicable to vessels of its type; and

(c) the master and all crew members shall at all times carry the proper and valid licenses or certificates, if any, required by the United States Coast Guard for their service and for their respective capacities on the Vessel.

When an Order involves the use of a Vessel:

(a) Contractor assumes complete responsibility for any use or operation of the Vessel outside the waters set forth in the Order, or outside the trading limits of its insurances; if Company requests use of the Vessel outside such waters or limits, the master shall refuse to proceed.

(b) The Vessel shall be subject to pre-award vessel audits and on-hire and off-hire surveys at the beginning and conclusion of the charter of any Vessels. Contractor agrees to remedy any deficiencies affecting critical path of the Work identified during a pre-award vessel audit or on-hire survey expeditiously and at Contractor's cost. Any deficiencies that would impact Vessel performance, the Work, or compliance with all applicable laws and regulations, must be addressed prior to the start of the Work, and any delays extending past mobilization and rig up on the Vessel will be considered downtime at a "Zero Rate" ($0/day).

(c) Any exercise by Company of any right of inspection of the Vessel(s), or Company's arranging of any inspection on its own behalf, will in no way mitigate or lessen the warranty of seaworthiness herein expressed; and will in no way create or give rise to any liability or responsibility on Company for seaworthiness of the Vessel(s), which liability or responsibility shall at all times remain upon Contractor.

(d) If Company requests Services to be rendered expeditiously, Contractor shall do so and shall perform, man, supply, operate, and navigate the Vessel, in accordance with the Order. Contractor, however, shall at all times be and in every respect remain fully responsible for the management, operation, and navigation of the Vessel. Nothing contained herein shall be construed as making this Agreement or any charter hereunder a demise, nor as creating any obligation of Company to furnish a safe berth. Contractor shall provide and acquire all permits, licenses, and other credentials required to be obtained in Contractor's name for its personnel and Vessels.

(e) The master shall at all times be the sole judge of the safety or propriety of navigational, weather, or other conditions for the performance of any request given by Company. The master shall be under the absolute duty at all times to exercise and to act upon his own discretion as to the safe operation and navigation of the Vessel; and no request of Company shall be deemed to mitigate or to lessen or in any way to relieve the master of this responsibility or to modify this Agreement.

(f) It shall be the exclusive duty of the master and Contractor to ascertain, and to familiarize themselves with, and to monitor current and developing weather conditions and all potential navigational hazards or operational hazards pertaining to Company's work program in all areas in which the Vessel operates. Company does not undertake the furnishing of any weather, navigational, or Metocean information to the Contractor or the Vessel, as applicable; but if Company should, at its sole discretion, make available any such information, whether prepared by Company or not, Company assumes no liability whatsoever therefore, either as to its accuracy, its currency, or the regularity or promptness of its distribution, or for Company's failure to distribute it. The Company's furnishing of, or failure to furnish, any such information, shall in no way mitigate or lessen the duty of the master and Contractor as stated herein.

(g) Contractor shall have the right to substitute a substantially equivalent vessel for the Vessel upon receiving written approval of the substitution from Company, which shall not be unreasonably withheld. The substituted Vessel will be subject to all requirements and obligations provided for in this Agreement and the applicable Order as same applied to the initial Vessel.

(h) Contractor waives any salvage claim relating to any property involved in the Work, and hire shall remain payable during any such salvage operation. Otherwise, if it is necessary for Contractor to engage in salvage, all salvage

Rev. 2019-09 (1488892-18)

-3-

money earned by the Vessel shall be divided equally between Contractor and Company after deducting the share allocated by law to the master, officers and crew.

When an Order involves the use of a Vessel:

(a) In the event Contractor provides a Vessel or Vessels, the master shall be the sole judge of whether or not it is safe to operate at any time, having due regard for the environment, equipment, personnel safety, and the needs of Company to have its work performed timely and properly. In the event the master reasonably believes that a request of Company would be unsafe, he shall refuse. Contractor assumes complete responsibility for any use or operation of the Vessel outside the waters set forth in the Order, or outside the trading limits of its insurances; if Company requests use of the Vessel outside such waters or limits, the master shall refuse to proceed.

(b) Contractor will not make any major modifications or alterations to the Vessel during the term of a charter, or while performing Work under this Agreement, without prior notification to Company and the Vessel's applicable Flag State and Classification Society. Notification to the Company must comply with Company's management of change process. Any such major modification or alterations shall neither impact the Work to be performed nor impact the Vessel's fitness for service as required by applicable laws.

(c) Contractor shall have the right to substitute a substantially equivalent vessel for the Vessel upon receiving written approval of the substitution from Company, which shall not be unreasonably withheld. The substituted Vessel will be subject to all requirements and obligations provided for in this Agreement and the applicable Order as same applied to the initial Vessel.

(d) Contractor waives any salvage claim relating to any property involved in the Work, and hire shall remain payable during any such salvage operation. Otherwise, if it is necessary for Contractor to engage in salvage, all salvage money earned by the Vessel shall be divided equally between Contractor and Company after deducting the share allocated by law to the master, officers and crew.

(e) Contractor will, to the extent applicable, observe and abide by Joint NTL No. 2012-G01 entitled "Vessel Strike Avoidance and Injured Dead/Protected Species Reporting" made effective January 1, 2012 and issued jointly by the BOEM and the BSEE, or any directive(s) issued as the successor thereto, in order to avoid causing injury or death to marine mammals and sea turtles and to report sightings of any injured or dead protected species. Further, if Contractor's Vessel is responsible for the injury or death, the Vessel's master and crew will remain available to assist the respective salvage and stranding network as needed.

2.    This Agreement does not obligate Company to order Work from Contractor, nor does it obligate Contractor to accept orders for Work from Company, but it together with any applicable Work Order shall control and govern all Work ordered by Company and accepted by Contractor and shall define the rights and obligations of Company and Contractor during the term hereof. For abandonment Work on the shelf, Company reserves the right to terminate any Work at any time, in Company's sole discretion, in which event Contractor's sole remedy shall be payment for Work properly performed as provided in the Work Order, plus a demobilization fee, as stated in a Work Order, if applicable. For abandonment Work in deepwater, Company reserves the right to terminate any Work at any time, in Company's sole discretion, in which event Company shall pay for all Work performed to date plus the cost to demob and an early termination fee, each as agreed by the Parties in the applicable Work Order. For all other Work, Company reserves the right to terminate any Work at any time, in Company's sole discretion, in which event Contractor's sole remedy shall be payment for Work properly performed as provided in the Work Order. In the event any affiliate, parent, or subsidiary of Contractor performs services for Company hereunder, then Contractor agrees that this contract will serve as the applicable agreement for such services, and those services shall qualify as work under this Agreement. Contractor is obligated to ensure that all obligations of such affiliate, parent or subsidiary under this form Agreement are fully performed in favor of Company, and is solidarily and primarily obligated with such affiliate, parent or subsidiary for the entire performance of those obligations.

3.    The amount and timing of compensation payable to Contractor, unless otherwise provided by law, rule or regulation, shall be that agreed to by Company and Contractor after both Parties' acceptance of the Work and at such time as provided in the Work Order. Contractor, unless otherwise directed, shall submit for approval invoices to Company and Company shall, unless otherwise provided for herein, pay Contractor for the Work rendered within sixty (60) days after receipt of approved invoices covering such Work. Company may withhold payment for all or such portion of any invoice

Rev. 2019-09 (1488692-16)    -4-

CONFIDENTIAL    TALOS-00018

about which there is a good faith dispute, but shall pay all other amounts as above prescribed; provided, however, that Company's payment of any invoice shall not be deemed to constitute a waiver of Company's right to contest the amount or correctness of said invoice and to seek reimbursement and that, if there is a dispute, Company may withhold payment of the disputed amount or may pay same without waiver of any of its rights. Contractor shall maintain during the course of the Work and retain, not less than three (3) years after the completion thereof, complete and accurate records of all costs and amounts that are chargeable to Company under this Agreement. Company shall have the right, at reasonable times, to inspect and audit those records by authorized representatives of its own or an accounting or auditing firm selected by it. The records to be maintained and retained by Contractor shall include without limitation paid invoices and canceled checks for materials purchased and for subcontractors' and any other third parties' charges (including without limitation equipment rental); and (d) travel and entertainment documentation (including without limitation employee expense reports and Contractor facility usage reports) but shall not include records of items that are subsumed within any Contractor's lump sum pricing. Notwithstanding the foregoing, no audit shall result in an adjustment of amounts paid under any Work Order if the audit is performed more than one year following termination of such Work Order.

4.    Contractor covenants, warrants and represents that all Work will be performed or provided safely and in a good and workmanlike manner; that Contractor has adequate equipment in good working order and fully trained personnel capable of efficiently and safely operating such equipment and performing Work for Company; that Contractor regularly conducts training and safety programs and shall have sole responsibility for the safety of Contractor Group as well as their performance in accordance with appropriate safety practices; that Contractor shall have in place a drug policy that is acceptable to all governing bodies having jurisdiction over the Work covered herein, and shall inform its employees and other representatives that if they are assigned work requiring their presence at Talos work sites and premises, they may be subjected to drug and alcohol tests as a condition of access to Talos premises and facilities, and that when present on such premises or facilities, they must be in compliance with Talos' drug-free workplace policy; that Contractor will ensure that Contractor Group is in compliance with the policy of Company that no firearms or other weapons be allowed on any Company Group property; that all materials, equipment, goods, supplies and manufactured articles furnished by Contractor in the performance or providing of the Work shall be of suitable quality and workmanship in accordance with specifications and shall be free from defects; that Contractor will not employ in any Work for Company any employee whose employment violates applicable labor laws; and that all Work hereunder shall be conducted in a manner that meets or exceeds the specifications and requirements provided by Company or, if none are given, the highest recognized standards of good practice in the industry utilized by reputable persons or firms that specialize in providing Work or services similar to the Work, in accordance with all safety regulations, and by employing all necessary or desirable protective equipment and devices.   Any breach of these obligations shall be grounds for immediate termination of the applicable Work Order. Contractor shall inspect all materials and equipment furnished by Company and directly employed in the course of Work hereunder and shall notify Company of any defects therein before using such material and equipment. Should Contractor use materials and equipment without notifying Company of any defect, Contractor shall be deemed to have assumed all risks and liability for any mishap that may occur in Work hereunder by reason or failure of defects in such materials and equipment (except for failures due solely to latent defects unless such defects could have been discovered by Contractor using reasonable diligence at the time of Contractor's inspection of such materials and equipment).   Without limiting Company's remedies, for other than deepwater Work, Contractor agrees that any substantial portion of any Work found to be defective or unsuitable shall be removed, replaced or corrected by Contractor within a reasonable time acceptable to Company and without additional cost or risk to Company. Company shall notify Contractor of any defects identified prior to Contractor's departure from the field pursuant to the relevant Work Order. For Work in deepwater, both Parties agree to work in good faith to agree on the timing to return for removal, replacement or correction of defective Work. If the applicable Work Order includes a warranty period that extends past the time that Contractor's equipment departs from the worksite, then for any defects identified subsequent to Contractor's departure from the work site but within the applicable warranty period, Contractor and Company shall arrive at a mutually acceptable repair schedule and shall negotiate in good faith for compensation applicable to transit costs related to the repair obligations.

5.    Subject to paragraph 6 below, (a) in the performance of any Work for Company, Contractor conclusively shall be deemed an independent contractor, with the authority and right to direct and control all of the details of the Work, but all Work contemplated shall meet the approval of Company and shall be subject to Company's general right of inspection; (b) the employees, agents and representatives of Contractor at all times shall be under the direct and sole supervision and control of Contractor; and (c) no relationship of master and servant or of principal and agent shall exist between Company on the one hand and Contractor or any employee, agent or representative of Contractor on the other hand.

CONFIDENTIAL                                                                        TALOS-00019

6.      In all cases where Contractor's employees (defined to include contractor's direct, borrowed, special or statutory employees) are covered by the Louisiana Worker's Compensation Act, La. R.S. 23:1021 et seq., Company and Contractor agree (a) that all Work performed by Contractor and its employees pursuant to this Agreement are an integral part of and are essential to the ability of Company to generate Company's goods, products and services for purposes of La. R.S. 23:1061A(1) and (b) that Company is the principal or statutory employer of Contractor's employees for the purposes of La. R.S. 23:1061A(3). Irrespective of Company's status as the statutory employer or special employer (as defined in La. R.S. 23:1031C or otherwise) of Contractor's employees, Contractor shall remain primarily responsible for the payment of any worker's compensation benefits to its employees and shall not be entitled to seek contribution for any such payments from Company Group.

7.      The term "**Company Group**" means and includes (both individually and collectively) Company; its parent, subsidiary and affiliated entities; its and their co-lessees, partners, joint venturers, co-owners, and contractors and subcontractors of every tier; and the agents, officers, managers, directors, consultants, invitees, insurers, and employees of each of the foregoing; provided, however, that the term "Company Group" shall not include any Contractor Group member. The term "**Contractor Group**" means and includes (both individually and collectively) Contractor; its parent, subsidiary and affiliated entities; its and their subcontractors of every tier; and the agents, officers, managers, directors, consultants, invitees, insurers and employees of each of the foregoing. The term "**Group**" means Company Group or Contractor Group, as applicable. The terms "**Defend**" and "**Defense**" means the obligation of the indemnitor (i) to defend the indemnitee(s) at the indemnitor's sole expense (with counsel acceptable to the indemnitee(s)) or (ii) to reimburse the indemnitee(s) for the reasonable expenses incurred by the indemnitee(s) in defending against the Damages at issue; however, notwithstanding an election under option (i), an indemnitee shall be entitled to participate in its defense at its sole cost. The term "**Damages**" means damages, losses, claims, causes of action, demands, suits, judgments, awards, adjustments, remediation requirements, obligations to indemnify another, costs and expenses of any kind or character (including without limitation reasonable attorneys' fees and other legal expenses and including without limitation for enforcement of the indemnity and Defense obligations under this Agreement; costs and liabilities relating to wreck removal or pollution emanating therefrom; and claims for loss of consortium or loss of society) but shall not include fines or penalties. For the purposes of group membership determination, an employee shall always be a member of the group that includes the employer from whom he receives his paycheck.

(a)      Contractor shall protect, indemnify, Defend and hold harmless Company Group from and against any and all fines and penalties (and, except as provided otherwise in paragraph 7(e) below, all Damages suffered or alleged by any person or entity other than a Company Group member) directly or indirectly arising out of any breach of Contractor's representation, warranties and covenants in paragraph 4 above or in any Bridging Agreement or the failure to comply with laws, rules, regulations and orders (federal, state, local or otherwise).

(b)      Each Party shall protect, indemnify, Defend and hold harmless the other Party's Group or their insurers from and against any and all Damages resulting from any of the indemnifying Party's Group member's failure to comply with all laws, rules, regulations and orders (federal, state, local or otherwise) that are now or may hereafter become applicable to such Party's Group's business, equipment or personnel or to any Work hereunder.(c)    Contractor    represents    and warrants that the use or construction of any and all components included in any Work, and the methods used to perform any Work, do not infringe on any license, patent, copyright or trademark that has been issued or is pending for issuance. Contractor shall protect, indemnify, Defend and hold harmless Company Group and their insurers from and against any and all Damages that may be based upon the infringement of any such license, patent, copyright or trademark in connection with the performance of any Work hereunder or the use of any materials or equipment furnished hereunder.

(c)      CONTRACTOR HEREBY RELEASES, AND SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, COMPANY GROUP AND THEIR INSURERS FROM AND AGAINST ALL DAMAGES (WITHOUT LIMITATION AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF, AND WHETHER OR NOT ARISING IN WHOLE OR IN PART OUT OF STRICT OR STATUTORY LIABILITY, THE NEGLIGENCE (SOLE, CONCURRENT, CONTINGENT OR OTHERWISE) OR OTHER FAULT OF COMPANY GROUP OR ANY OTHER PERSON OR ENTITY, THE UNSEAWORTHINESS OF ANY VESSEL, THE UNAIRWORTHINESS OF ANY AIRCRAFT, BREACH OF CONTRACT, VIOLATION OF LAW, ANY PRE-EXISTING CONDITION OR OTHERWISE) ARISING OUT OF OR RELATED TO (1) THE INJURY, ILLNESS OR DEATH (OR THE LOSS OR DAMAGE OF ANY PROPERTY) OF ANY OR ALL OF CONTRACTOR GROUP (INCLUDING WITHOUT LIMITATION AS MAY BE PURSUED BY ANY OF THEIR HEIRS, DEPENDENTS, SPOUSES, RELATIVES, ESTATES OR SUCCESSORS OR BY WAY OF CONTRACTUAL INDEMNITY) IN ANY WAY DIRECTLY OR INDIRECTLY ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, ANY BRIDGING AGREEMENT, ANY WORK OR ANY PRESENCE ON ANY PREMISES (OR MODE OF TRANSPORTATION) IN CONNECTION THEREWITH OR (2) EXCEPT AS PROVIDED IN AND SUBJECT TO PARAGRAPH 7(e)(2) BELOW, THE POLLUTION OR CONTAMINATION OF THE LAND, WATER, AIR OR ENVIRONMENT (INCLUDING WITHOUT LIMITATION EXPENSES INCURRED IN CONTROL OR REMOVAL THAT ARISE OR RESULT FROM

CONFIDENTIAL                                                        TALOS-00020

SPILLS, LEAKS, DISCHARGES OR RELEASES OF FUELS, LUBRICANTS, MOTOR OILS, PIPE DOPE, PAINTS, COATINGS, SOLVENTS, BILGE, GARBAGE OR HAZARDOUS MATERIALS) ORIGINATING FROM CONTRACTOR GROUP'S PROPERTY OR EQUIPMENT. THE OBLIGATIONS SET FORTH IN THIS PARAGRAPH 7(d) SHALL COVER WITHOUT LIMITATION ANY MEDICAL, COMPENSATION OR OTHER BENEFITS PAID BY COMPANY IN CONNECTION WITH EMPLOYEES OF CONTRACTOR (OR ITS SUBCONTRACTORS, IF ANY) AND SHALL APPLY EVEN IF THE EMPLOYEE IS DETERMINED TO BE THE STATUTORY OR BORROWED EMPLOYEE OF COMPANY.

(d)    COMPANY HEREBY RELEASES, AND SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, CONTRACTOR GROUP AND THEIR INSURERS FROM AND AGAINST ALL DAMAGES (WITHOUT LIMITATION AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF, AND WHETHER OR NOT ARISING IN WHOLE OR IN PART OUT OF STRICT OR STATUTORY LIABILITY, THE NEGLIGENCE (SOLE, CONCURRENT, CONTINGENT OR OTHERWISE) OR OTHER FAULT OF CONTRACTOR GROUP OR ANY OTHER PERSON OR ENTITY, THE UNSEAWORTHINESS OF ANY VESSEL, THE UNAIRWORTHINESS OF ANY AIRCRAFT, BREACH OF CONTRACT, VIOLATION OF LAW, ANY PRE-EXISTING CONDITION OR OTHERWISE) ARISING OUT OF OR RELATED TO (1) THE INJURY, ILLNESS OR DEATH (OR THE LOSS OR DAMAGE OF ANY PROPERTY), OF ANY OR ALL OF COMPANY GROUP (INCLUDING WITHOUT LIMITATION AS MAY BE PURSUED BY ANY OF THEIR HEIRS, DEPENDENTS, SPOUSES, RELATIVES, ESTATES OR SUCCESSORS OR BY WAY OF CONTRACTUAL INDEMNITY) IN ANY WAY DIRECTLY OR INDIRECTLY ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, ANY BRIDGING AGREEMENT, ANY WORK OR ANY PRESENCE ON ANY PREMISES (OR MODE OF TRANSPORTATION) IN CONNECTION THEREWITH OR (2) EXCEPT AS PROVIDED IN AND SUBJECT TO PARAGRAPH 7(d) ABOVE, THE POLLUTION OR CONTAMINATION OF THE LAND, WATER, AIR OR ENVIRONMENT (INCLUDING WITHOUT LIMITATION EXPENSES INCURRED IN CONTROL OR REMOVAL THAT ARISE OR RESULT FROM SPILLS, LEAKS, DISCHARGES OR RELEASES OF FUELS, LUBRICANTS, MOTOR OILS, PIPE DOPE, PAINTS, COATINGS, SOLVENTS, BILGE, GARBAGE OR HAZARDOUS MATERIALS) ORIGINATING FROM COMPANY GROUP'S PROPERTY OR EQUIPMENT. THE OBLIGATIONS SET FORTH IN THIS PARAGRAPH 7(e)(2) SHALL COVER WITHOUT LIMITATION ANY MEDICAL, COMPENSATION OR OTHER BENEFITS PAID BY CONTRACTOR IN CONNECTION WITH EMPLOYEES OF COMPANY (OR ITS CONTRACTORS OR SUBCONTRACTORS, IF ANY, THAT ARE NOT IN CONTRACTOR GROUP) AND SHALL APPLY EVEN IF THE EMPLOYEE IS DETERMINED TO BE THE STATUTORY OR BORROWED EMPLOYEE OF CONTRACTOR.

(e)    In the event the provisions in paragraphs 7(d) and 7(e) above are subject to the Texas Anti-Indemnity Act (Chapter 127, Texas Civil Practice & Remedies Code as the same may be amended from time to time) either directly or as adopted as federal law under the Outer Continental Shelf Lands Act, both Parties agree that:

(1)    In order to be in compliance with the Texas Anti-Indemnity Act regarding indemnification mutually assumed for the other Party's sole or concurrent negligence, (i) each Party agrees to carry supporting insurance of the types and in at least the amounts as specified in Exhibit A hereto and (ii) the Parties agree that the indemnity obligations under paragraphs 7(d) and 7(e) above are limited to the extent of the coverage and dollar limits of insurance or qualified self-insurance as specified in Exhibit A hereto, which each Party as indemnitor has agreed to obtain for the benefit of the other Party and its Group as indemnitees.

(2)    If the Party owing indemnity does not carry insurance in the minimum amounts as specified in Exhibit A hereto to support the mutual indemnity obligations, or the indemnitor's insurer becomes insolvent, or the indemnitor's insurer refuses to cover a claim based on breach of the insurance contract by the indemnitor, or in the event the indemnitor's insurance is exhausted for any reason below the minimum levels as specified in Exhibit A hereto (even on the same incident paid on behalf of the indemnitor or any person or entity other than the indemnitee), then the Party owing indemnity has approved self insurance under the Texas Anti-Indemnity Act to cover the amount of indemnity owed to the indemnitee up to the minimum amounts as specified in Exhibit A hereto. It is the intention of the Parties that the Party to whom indemnity is owed will receive the benefit of such indemnity regardless of what may happen after this Agreement is signed that might affect the insurance required to be obtained by the Party owing the indemnity.

(f)    The provisions of this paragraph 7 shall be given effect even if the cause and/or defect existed prior to the date of this Agreement. Notwithstanding Company's release of its claims for property damage as set forth in 7(e)(1) above, to the extent that Contractor's Work in progress, or the Work it is performing for Company, on any abandonment project in deepwater, is damaged by Contractor Group's negligence, fault, or breach of contract, Contractor shall be responsible for the repair or replacement of Company's property where the property damage caused by the Work is outside 500 feet of the Work area, and at no cost to Company. For the avoidance of doubt, loss of hole shall not be included in such repair or replacement obligation. Notwithstanding Company's release of its claims for property damages as set for in 7(e)(1) above, to the extent that Contractor's Work in progress, or the Work it is performing for Company, on other than an abandonment project in deepwater, is damaged by Contractor's negligence, fault or breach of contract, Contractor shall be responsible for the repair or replacement of that work at no cost to Company. In the event of loss or damage sustained by any person

CONFIDENTIAL    TALOS-00021

or entity who is neither a Company Group member nor a Contractor Group member and such loss or damage does not come within the scope of any of paragraphs 7(a)-(e) above and 13 below, such loss and/or damages shall be solely the responsibility (and for the account) of each Party solely to the extent of its negligence or fault. For the purpose of this paragraph 7, the term "employee" shall include Contractor where Contractor is a self-employed individual performing the Work contemplated hereunder.

(g)     The terms and provisions of this paragraph 7 shall have no application to claims or causes of action asserted against Company or Contractor by reason of any agreement of indemnity with a person or entity not a party to this Agreement in those instances where such contractual indemnities are not related to or ancillary to the performance of the Work contemplated under this Agreement and/or Company's project or operations. But the terms and provisions of this paragraph 7 shall apply to claims or causes of action asserted against Company or Contractor by reason of any agreement of indemnity with a person or entity not a party to this Agreement where such contractual indemnities are related to or ancillary to the performance of the Work contemplated under the Agreement and/or Company's project or operations. In the event that one Party ("**Party A**") owes indemnity and Defense to a third person or entity by virtue of this Agreement and the other Party ("**Party B**") owes (directly or indirectly) indemnity and/or defense obligations to the same third person or entity by virtue of any other agreement, Party A will satisfy its indemnity and Defense obligations under this Agreement to the same third person or entity without seeking recoupment, sharing, contribution or other recovery from Party B or its insurers and will assume (to the extent of Party A's indemnity and Defense obligations under this Agreement) any indemnity and/or defense obligation that Party B may owe to the same third person or entity by virtue of such other agreement. To this end and for clarity, the indemnity and Defense obligations of Party A under this Agreement shall expressly apply to claims or causes of action asserted against Party B by reason of any agreement of indemnity and/or defense Party B has with one or more other members of Party B's Group where such contractual indemnities and/or defense are related to or ancillary to the performance of any Work contemplated under this Agreement and/or Company's project or operations, provided that Party A is otherwise obligated under this Agreement to provide an indemnity and Defense to the third person or entity for whom Party B is otherwise obligated (directly or indirectly) to provide indemnity and/or defense.

(h)     SUBJECT TO THE NEXT SENTENCE, EACH PARTY WAIVES AND RELEASES ANY CLAIM, DEMAND OR CAUSE OF ACTION AGAINST THE OTHER PARTY AND ITS GROUP (AND SHALL PROTECT, INDEMNIFY, DEFEND AND HOLD HARMLESS THE OTHER PARTY FROM THE ASSERTION OF CLAIMS, DEMANDS OR CAUSES OF ACTION BY THE INDEMNIFYING PARTY'S GROUP) FOR PUNITIVE DAMAGES BETWEEN THE PARTIES OR EXEMPLARY DAMAGES OR SPECIAL, CONSEQUENTIAL OR INDIRECT DAMAGES, INCLUDING WITHOUT LIMITATION LOSS OF REVENUE, LOSS OF PROFIT OR USE OF CAPITAL, BUSINESS INTERRUPTION, PRODUCTION DELAY, LOSS OF USE, LOSS OF PRODUCTION, RESERVOIR LOSS OR DAMAGE, RESULTING FROM FAILURE TO MEET OTHER CONTRACTUAL COMMITMENTS OR DEADLINES OR DOWNTIME OF FACILITIES OR VESSELS INCURRED BY THEM, HOWSOEVER CAUSED AND WHETHER BASED ON NEGLIGENCE, UNSEAWORTHINESS, BREACH OF WARRANTY, BREACH OF CONTRACT, STRICT LIABILITY OR OTHERWISE OF THE RELEASED OR INDEMNIFIED PARTY OR THE GROUP. NONETHELESS, NOTHING IN THE FOREGOING SENTENCE SHALL LIMIT THE SCOPE OF INDEMNITY OR DEFENSE OWING HEREUNDER TO A PARTY OR A MEMBER OF ITS GROUP BY REASON OF A CLAIM, DEMAND OR CAUSE OF ACTION ASSERTED AGAINST SUCH PARTY OR GROUP MEMBER BY A THIRD PARTY (WHETHER OR NOT IN SUCH PARTY'S GROUP).

(i)     Contractor's maximum aggregate liability under any Work Order having a value of equal to or less than $15MM shall not exceed one hundred percent (100%) of the value of such Work Order. For Work Orders in excess of this amount, Contractor's maximum aggregate liability shall not exceed fifty percent (50%) of the value of the Work Order. Any such limitation of liability shall result only from the application of the foregoing percentages to any and all obligations and liabilities under the provisions of Section 7(a), and incorporating Section 7(d), but excluding: (1) all other provisions of this MSA and the Work Order, and (2) the payment of proceeds under any insurance policy or self-insurance policy, and (3) any claims or liability related to gross negligence or willful misconduct or fraud, and (4) shall be approved by an authorized Vice President of each Party for any modification of the foregoing requirements of this Section 7(J).

8.     Contractor shall at all times during the progress of any Work performed hereunder carry and maintain insurance of such types and with such provisions (and limits no less than) as set out in Exhibit A hereto. Before performing any Work hereunder, Contractor shall, upon Company's written request, furnish Company with certificates by Contractor's insurer(s) evidencing coverage as specified. If Contractor receives any notice of cancellation or change of any policy, Contractor shall provide a copy of such notice to Company within five (5) business days after Contractor's receipt of such notice. Nonetheless, neither Company's acceptance of an incomplete or improper certificate nor commencement of Work or payment for any Work hereunder shall constitute a waiver of any rights of Company. The minimum insurance requirements set forth in Exhibit A hereto are not intended in any way to limit the extent of Contractor's obligations under paragraph 7 above or elsewhere in this Agreement.

CONFIDENTIAL     TALOS-00022

9.    Contractor shall report to Company as soon as practicable all accidents or occurrences resulting in the death or injury to any individual or loss or damage to any property of either Party or any other person or entity arising out of or during the course of any Work hereunder and when requested shall furnish Company with a copy of reports of such accidents and occurrences.

10.    In the performance of Work for Company, Contractor shall comply (and shall cause and require its subcontractors and its and their employees and agents to comply) with all laws, rules, regulations and orders (federal, state, local or otherwise) that are now or may hereafter become applicable to Contractor's business, equipment or personnel or to such Work.  If any terms of this Agreement are in conflict with any such law, rule, regulation or order, the terms of this Agreement so in conflict shall not apply and such law, rule, regulation or order shall prevail.

11.    Contractor shall identify, in advance in writing to Company, each subcontractor it proposes to utilize in connection with any Work (except (a) subcontractors identified in Contractor's bid documents or (b) subcontractors employed by owners or operators of marine vessels for the navigation or operation of marine functions, provided that Contractor shall make every reasonable effort to notify Company of marine vessels that are subcontracted.  Company reserves the right to reasonably approve or disapprove any such subcontractor prior to commencement of the subcontractor's Work to be performed under each order for Work.  Each subcontractor is required to have the minimum insurance prescribed herein and shall comply with the requirements for subcontractors in any Bridging Agreement. Contractor is fully responsible to Company for the Work performed by its subcontractors, as if such Work was performed directly by Contractor, and for the compliance of its subcontractors with all the requirements of this Agreement and any Bridging Agreement.  In the event Contractor subcontracts any of the Work to be performed hereunder, then such contracts shall contain releases of liability by such subcontractor, insurance requirements, and hold harmless provisions equivalent to paragraphs 7 above and 13 below.  Unless such contracts contain such equivalent provisions, any personnel engaged and property used in the furnishing of such services or Work shall be deemed employees and property of Contractor for the purpose of paragraphs 7 above and 12-13 below and for the purposes of all other provisions of this Agreement.

12.    Contractor agrees (and shall cause each subcontractor) to pay all taxes, licenses and fees levied or assessed by any governmental authority on Contractor or subcontractor in connection with or incident to the performance of this Agreement or any related subcontract and all unemployment compensation insurance, old age benefits, social security and any other taxes and charges on the wages of Contractor or any subcontractors or its or their agents, employees and representatives.  Contractor agrees to reimburse Company on demand for all of such taxes, licenses, fees and charges that Company may be required to pay.  Contractor agrees to furnish Company with the information required to enable Company to make such necessary reports and to pay such taxes, licenses, fees and charges.  At its election, Company may deduct all sums so paid by Company from any amounts as may be or become due to Contractor hereunder.

13.    In connection with the Work hereunder, Contractor shall pay all legal claims for labor, services and materials and will not permit any liens of any kind to be affixed against the property of Company or the lease or property of others arising out of claims of anyone who furnishes labor, services or materials to Contractor (other than for amounts due by Company to Contractor for Work properly performed hereunder).  Upon the completion of any Work, Contractor shall, if reasonably requested, furnish Company with satisfactory evidence of the payment of all such claims.  Contractor shall protect, indemnify, Defend and hold harmless Company Group from and against all such claims or liens and agrees that any sums due to Contractor by Company may be withheld and applied toward this charge in payment of any such claims or liens.

14.    Except as otherwise provided in the indemnity and insurance provisions hereof or for the payment of amounts due hereunder, neither Company nor Contractor shall be liable to the other for any delays or damage or failure to act due, occasioned or caused by reason of laws, rules, regulations or orders (federal, state, local or otherwise) of any public bodies or official purporting to exercise authority or control respecting the Work or operations covered hereby, including the use of tools and equipment, or due, occasioned or caused by strikes, actions of the elements, or causes beyond the control of the Party or Parties affected hereby, and delays due to the above cause or any of them shall not be deemed to be a breach or a failure to perform under this Agreement.

15.    Contractor agrees to comply with the provisions in Exhibit B hereto.

16.    Company shall furnish site specific surveys as required by law, setting forth the correct location of all subsea obstructions and hazards relating to the Work. Contractor will not move forward with any Work without receiving such surveys. Notwithstanding any other provision within the Agreement to the contrary, any delays, costs, damages, or extra

CONFIDENTIAL                                                                                                    TALOS-00023

work incurred due to the inaccurate or incomplete maps and data will be for Company's account. In addition, Company shall provide any other relevant information in Company's possession providing the location of pipelines, subsea tie-ins, debris and can-holes, all such information related to Work by Contractor's vessels. Any specifications, drawings, sketches, models, samples, data, computer programs, documentation or other technical or business information (referred to in this paragraph as "**Information**") furnished or disclosed to any Contractor Group member pursuant to this Agreement will be deemed the property of and, when in tangible form, will be returned to Company, unless the Information is previously known to Contractor Group free of any obligation to keep it confidential or has been made public by Company or a third party entitled to make such Information public, Contractor shall cause Contractor Group to hold such Information in confidence and will cause Contractor Group to use such Information only for the purposes set forth in this Agreement (and not to use such Information for any other purpose except on such terms as Company and Contractor may have agreed upon in writing and not to disclose such Information to any governmental authority or other person or entity without Company's prior written consent except as required by law).

17.     This Agreement shall be binding upon the Parties and their respective successors and assigns; provided, however, that neither this Agreement nor the Work performed or provided hereunder shall be assigned or subcontracted by Contractor without the written consent of Company and that any assignment or subcontract shall not relieve Contractor of its obligations hereunder. Nothing herein shall be construed to prohibit the collateral assignment of Contractor's rights to receive payment under any Work Order.

18.     Any notices provided for herein with respect to this Agreement shall be in writing and sent by prepaid mail (or hand-delivery or a nationally recognized courier company) to the respective Parties at their addresses stated below (or such other address for a Party as such Party may provide by written notice in accordance with this paragraph):

If to Company:
    Talos Production Inc.
    333 Clay Street, Suite 3300
    Houston, Texas 77002
    Attention: John B. Spath

If to Contractor:
    Helix Energy Solutions Group, Inc.
    Helix Robotics Solutions Group, Inc.
    Helix Well Ops, Inc.
    3505 West Sam Houston Parkway North, Suite 400
    Houston, Texas 77043
    Attention: Jeremiah Hebert
    jhebert@helixesg.com

Where notices are related to the actual Work itself, notifications should be provided, in writing, and sent by prepaid mail (or hand-delivery or a nationally recognized courier company) to the Parties identified in the Work Order, including as follows.

Alliance Energy Services, LLC.
1264 Valhi Blvd.
Houma, LA 70360
Attention: Frank Braud
Fax: 985-851-8802

Alliance Offshore LLC.
11095 Hwy 308
Larose, LA 70373
Attention: Jay Guidroz
Phone: 985-795-5700

Triton Diving Services LLC
309 Dickson Rd.
Houma, LA 70363
Attention: Ken Brooks
Fax: 985-851-8802

Notices shall be deemed given when actually received.

19.     This Agreement shall be governed and construed in accordance with the General Maritime Laws of the United States, where applicable, and where the General Maritime Laws of the United States are not applicable or incorporate the laws of a State, the laws of the State of Texas (excluding any choice-of-law rule that would refer the law of another jurisdiction) shall apply, except as otherwise expressly provided herein. The Parties consent to personal jurisdiction and venue in any action or proceeding brought in any court, federal or state, within Harris County, Texas, having subject matter jurisdiction; with respect to any such claim each Party waives, to the fullest extent permitted by law, any claim or objection such Party may now or hereafter have that personal jurisdiction or venue is not proper with respect to any such action or proceeding.

Rev. 2019-09 (1488692-16)

-10-

CONFIDENTIAL

TALOS-00024

20.     Notwithstanding any provisions herein to the contrary, upon the termination of this Agreement for any reason whatsoever, the provisions of paragraphs 7, 12-13 and 16 above (and any other provisions of this Agreement that require some action or forbearance after termination, including without limitation those related to indemnities, insurance, warranties and confidentiality) and of any Work Order and/or Bridging Agreement shall survive such termination and be binding until any actions, obligations and/or rights therein provided have been satisfied or released, including release by BSEE.

21.     Each Party represents, warrants and agrees that no member of such Party's Group is or, during the term of this Agreement, will be (1) in violation of any Anti-Terrorism Law, (2) conducting any business or engaging in any transaction or dealing with any Prohibited Person, (3) dealing in, or otherwise engaging in any transaction relating to, any property or interest in property blocked pursuant to Executive Order No. 13224, (4) engaging in or conspiring to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate any Anti-Terrorism Law, or (5) a Prohibited Person.  The term "**Anti-Terrorism Law**" means any law, rule, regulation or order relating to terrorism, anti-terrorism, money laundering or anti-money laundering activities and includes without limitation Executive Order No. 13224 and Title 3 of the USA Patriot Act (Public Law No. 107-56).  The term "**Executive Order No. 13224**" means Executive Order No. 13224 on Terrorist Financing effective September 24, 2001, and relating to the "Blocking Property and Prohibiting Transactions with Persons who Commit or Support Terrorism."  The term "**Prohibited Person**" means (A) a person or entity listed in the Annex to Executive Order No. 13224, (B) a person or entity with whom Company or Contractor is prohibited from dealing or otherwise engaging in any transaction by any Anti-Terrorism Law or (C) a person or entity who is named as a "specially designated national and blocked person" on the most current list published by the U.S. Treasury Department Office of Foreign Assets Control at its official website (http://www.treasury.gov/ofac/downloads/t11sdn.pdf) or at any replacement website or other official publication of such list.

22.     If they have not done so already, the Parties shall prior to the execution of any Work Order hereunder, execute a separate bridging agreement for a Safety and Environmental Management System (SEMS) (as may be amended, "**Bridging Agreement**") (including without limitation establishment of Safe Work Practices (SWP) programs and compliance with Company's SEMS program).  In the event of any conflict between any such Bridging Agreement on the one hand and this Agreement, such Bridging Agreement shall control.  As a principal cause and material inducement to Company's entering into this Agreement with Contractor, Contractor agrees to all the provisions in (and makes all covenants, representations, warranties of Contractor set forth in) such Bridging Agreement and shall protect, indemnify, Defend and hold harmless Company Group from and against any and all fines and penalties directly or indirectly arising out of Contractor's breach of such Bridging Agreement.

23.     In the event either Party is compelled to enforce the other Party's compliance with its obligations under this Agreement, including but not limited to the retention of attorneys and filing of judicial proceedings, then the non-prevailing Party shall be obligated to reimburse the other Party for the attorney's fees and costs it incurs in such actions.

24.     In the event one or more of the provisions contained in this Agreement shall be held, for any reason, to be invalid, void, illegal, contrary to law and/or unenforceable in any respect, this Agreement shall be deemed to be amended to partially or completely modify such provision or portion thereof to the extent necessary to make it enforceable.  If necessary, this Agreement shall be deemed to be amended to delete the unenforceable provision or portion thereof, in which event such invalidity, voidness, illegality or unenforceability shall not affect the remaining provisions hereof and this Agreement shall remain unaffected and shall be construed as if such invalid, void, illegal or unenforceable provision never had been contained herein. The Parties agree and acknowledge that this Agreement has been jointly drafted and negotiated by both Parties and thus that no provision shall be construed against a Party on grounds that it drafted, proposed or revised such provision (or any other proposed or final provision for this Agreement).  Subject to paragraph 22 above, (i) this Agreement, including the attached Exhibits, constitutes the entire agreement of the Parties with respect to the subject matter herein and supersedes any prior or contemporaneous agreements, understandings or representations relating hereto; (ii) there are no agreements, understandings, conditions or representations, express or implied, with reference to the subject matter hereof that are not merged herein or superseded hereby; and (iii) in the event of a conflict between this Agreement and any subsequent writing between the Parties (including any Work Order, purchase order, requisition or other agreement), this Agreement shall control except as respects a specific amendment to this Agreement that is signed by an authorized Vice President of each Party and specifically cross-references this Agreement.  No amendment, change, modification, waiver, rescission or discharge of this Agreement or of any provision hereof or any representation, promise or condition relating to this Agreement shall be binding upon a Party unless made in writing, signed by the authorized Vice President of each Party, and specifically referencing this Agreement.  In the event of a conflict between the provisions of this Agreement on the one hand and one of the attached Exhibits on the other hand, the provisions of this Agreement shall control.  This

CONFIDENTIAL                                                                                    TALOS-00025

Agreement may be executed in one or more counterparts, each of which shall constitute an original and all of which taken together shall constitute the same single agreement.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first written above.

**CONTRACTOR:**
**Helix Energy Solutions Group**

By:_____

Name printed:  Scotty Sparks

Title:  Executive Vice President & Chief Operating Officer

**COMPANY:**
**Talos Production Inc.**

By:_____

Name printed:  John B. Spath

Title:  EVP and Head of Operations

**Helix Robotics Solutions Group, Inc.**

By: _____

Name Printed:  Erik Heymann

Title:  Assistant Secretary

**Helix Well Ops Inc.**

By: _____

Name Printed:  Owen Kratz

Title:  President

**Alliance Energy Services, LLC.**

By: _____

Name Printed:  Owen Kratz

Title:  President of Helix Alliance Decom LLC, Sole Member

**Alliance Offshore LLC**

By: _____

Name Printed:  Owen Kratz

Title:  President of Helix Alliance Decom LLC, Sole Member

**Triton Diving Services LLC**

By: _____

Name Printed:  Owen Kratz

Title:  President of Helix Alliance Decom LLC, Sole Member

CONFIDENTIAL                                                                 TALOS-00026

**EXHIBIT A to Master Service Agreement**
Minimum Insurance Requirements

Each insurance policy to be maintained by Contractor under this Agreement must be endorsed or provide as follows, with the qualification that subparts 1, 3 and 4 below must only be endorsed or provide to the extent of the liabilities and obligations assumed by Contractor under this Agreement:

1.    Underwriters waive their rights of subrogation (whether by loan receipts, equitable assignment or otherwise) against Company Group.

2.    To provide adequate territorial and navigational limits and comply with all laws or regulations of state or county of jurisdiction.

3.    Except for Worker's Compensation insurance (in category A below) and Physical Damage insurance (category E below), all policies shall name Company Group as additional insureds.

4.    The coverage afforded by such policy shall be primary as respects the Work in relation to any policies carried by Company Group.

5.    No cancelation for non-payment of premium shall become effective except upon at least ten (10) days written notice thereof given to Contractor; no cancelation for any other reason and no material change in the policy shall become effective except upon at least thirty (30) days written notice thereof given to Contractor.

6.    All policies shall written on an occurrence basis unless Contractor makes written request to Company that it be allowed to provide a policy on a claims-made basis, and written approval is provided by an officer or director of Company. In the event Company approves provision of a claims-made policy, that policy shall provide for an extended reporting period of no less than three years following the termination of the policy, whether by non-renewal or cancellation.

All deductibles on any insurance policy hereunder are for the account of Contractor.

Notwithstanding any provisions in this Exhibit or elsewhere in this Agreement to the contrary, failure to secure the insurance coverages or to comply fully with any of the insurance provisions of this Agreement or to secure such endorsements on the policies as may be necessary to carry out the terms and provisions of this Agreement (i) shall in no way act to relieve Contractor from its obligations of this Agreement and (ii) shall constitute grounds for the immediate termination of this Agreement by Company (in addition to any other rights or remedies available to Company).

Contractor shall, during the progress of the term of this Agreement, carry, at its own expense, on forms and with insurance companies having an AM Best rating of at least A- VII and authorized to do business in the state or area in which the Work is to be performed or provided hereunder, or A- for auto liability only, the following minimum insurance coverages:

A.    **Worker's Compensation and Employers' Liability Insurance** (in accordance with the statutory requirements of the state or area in which Work is to be performed or provided, the states in which Contractor's employees reside and the states in which Contractor is domiciled or located) endorsed specifically to include the following:

1.    Employers' Liability, including Occupational Disease, subject to a limit of liability of not less than $1 million for each accident and $1 million for disease for each employee.

2.    "Alternate Employer" endorsement providing that a claim brought against Company as an "alternate employer" or an employer of a "borrowed servant" by an employee of Contractor will be treated as a claim against Contractor and providing that Company Group and their respective underwriters shall receive benefit of this insurance with respect to such claims.

To the extent any Work is to be performed over any navigable waters or on the outer continental shelf, such insurance shall also be endorsed specifically to include the following (except to the extent Contractor has coverage for same under category H below):

CONFIDENTIAL                                                                                                    TALOS-00027

3.  Protection for liabilities under the federal Longshore and Harbor Workers' Compensation Act and the Outer Continental Shelf Lands Act.

4.  Coverage for liability under the Merchant Marine Act of 1920, commonly known as the Jones Act; the Admiralty Act; and the Death on the High Seas Act with limits of not less than $1 million per accident.

5.  Protection against liability of employer to provide transportation, wages, maintenance and cure to maritime employees and a Voluntary Compensation Endorsement.

6.  Coverage to provide that a claim "in rem" shall be treated as a claim "in personam" against the employer.

B.  **Comprehensive General Liability Insurance** for death, bodily injury and property damage with combined single limits of liability of not less than $1 million each occurrence and $2 million aggregate. Such insurance shall remove and exclude any "watercraft" exclusion (except to the extent Contractor has liability coverage for same under a separate policy in accordance with category H below) and shall include the following:

1.  Premises and Operations Coverage (including without limitation for property damage due to blasting and explosions, structural property damage, underground property damage and surface damage from blowout and cratering).

2.  Products and Completed Operations (if coverage is provided with a claims-made policy, it must provide for an extended reporting period of no less than three years following the termination of the policy whether by non-renewal or cancellation).

3.  Contractual Liability covering the liabilities assumed under this Agreement.

4.  Contractor's Protective Liability (if subcontracting is authorized).

5.  Sudden and accidental pollution liability.

6.  Coverage to provide that a claim "In rem" shall be treated as a claim "in personam" against the insured (if any Work is to be performed over any navigable waters or on the outer continental shelf).

7.  If the policy includes an exclusion for professional services or any error or omission or mistake by anyone performing services of a professional nature, that exclusion must not apply to bodily injury or property damage (physical injury to tangible property) resulting therefrom.

C.  **Comprehensive Automobile Insurance** for death, bodily injury and property damage with combined single limits of liability of not less than $1 million each occurrence. Such coverage shall include and cover owned, hired and non-owned vehicles.

D.  **Aircraft Liability Insurance:** If the performance of any Work requires the ownership, charter, lease, operation or use of aircraft (including helicopters) by Contractor, Contractor shall carry (or require the owners of such aircraft to carry)

1.  Aircraft Liability Insurance for all owned (if any), hired and non-owned aircraft (fixed wing and rotary) including passenger liability.

2.  Blanket contractual liability covering the liabilities assumed under this Agreement.

3.  Minimum Limit of Liability: $25 million each accident for bodily injury or property damage.

E.  **Physical Damage Insurance:** Covering loss of or damage to equipment and machinery, used in the performance of Work, including without limitation loss or damage during loading, unloading or while in transit. Such coverage shall be on an all-risk basis or its equivalent, and all deductibles shall be assumed by, and for the account of, Contractor and at Contractor's sole risk.

F.  **Excess Liability Insurance:** Provide excess liability insurance for categories A (Employer's Liability only), B, C and D above for at least $20 million per occurrence which coverage shall be at least as broad as the underlying coverage.

Rev. 2019-09 (1488692-16)                          Exhibit A: Page 2

CONFIDENTIAL

G.  Omitted.

H.  **Marine Insurance:** Where any Work to be performed under this Agreement involves the use of the marine vessels or equipment owned, chartered or operated by Contractor, Contractor shall also maintain the following insurance as applicable:

    1.    **Hull & Machinery Insurance:** Full Form Hull & Machinery Insurance (subject to AIHC Form or equivalent, with full collision liability unless full collision liability is included under P&I insurance under category H(2) below) for the full scheduled value of each vessel.

    2.    **Standard Protection & Indemnity Insurance:** Coverage (on SP-23 form or equivalent) with limits of at least $1 million any one occurrence, amended as necessary to include (i) coverage for Masters and Members of the Crews of Vessels if coverage for maritime employees is not provided under category A above; (ii) coverage for Contractual Liability, third party bodily injury and property damage; and (iii) broad form coverage for removal of wreck and debris, extended to include legal and contractual liability therefor and voluntary removal of wreck and debris.

    3.    **Tower's Liability Insurance:** If any vessel owned or chartered by Contractor will be engaged in towing, Tower's Liability Insurance subject to the terms of the broad American Institute Tower's Liability Clause containing limits of liability of at least $20 million.

    4.    **Pollution Liability Insurance:** Coverage (on Water Quality Insurance Syndicate (WQIS) policy form or equivalent) for vessel pollution liability, with limits of at least $1 million.

    5.    **Excess Insurance:** Provide excess insurance for items 2, 3 and 4 above in an amount of not less than $20 million, which coverage shall be at least as broad as the underlying coverage.

All polices and coverages required under this category H shall be endorsed as follows to the extent of the liabilities and obligations assumed by Contractor under this Agreement:

    (a)    to delete any language limiting coverage for Company Group in the event of the applicability of the Limitation of Liability Statute.

[End of Exhibit A]

CONFIDENTIAL                                                                    TALOS-00029

**EXHIBIT B to Master Service Agreement**
Federal Contract Provisions

The following clauses are incorporated herein by reference as if fully set out (and, where required by law, Contractor shall fully comply with such clauses and include such clauses in any nonexempt subcontract):

(1)     Equal Opportunity Clause (41 CFR §60-1.4);

(2)     Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, Recently Separated Veterans, and Other Protected Veterans clause (41 CFR §60-250.5(a));

(3)     Equal Opportunity for Workers with Disabilities clause (41 CFR §60-741.5(a)) **[Company and Contractor shall abide by the requirements of 41 CFR 60-741.5(a). This regulation prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified individuals with disabilities]**;

(4)     Equal Opportunity Clause under the Vietnam Era Veterans' Readjustment Assistance Act of 1974 (41 CFR 60-300.5(a)) **[Company and Contractor shall abide by the requirements of 41 CFR 60-300.5(a). This regulation prohibits discrimination against qualified protected veterans, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified protected veterans]**;

(5)     Notification of Employee Rights under Federal Labor Laws clause (29 CFR §471 appendix A to Subpart A);

(6)     Utilization of Small Business Concerns clause (48 CFR 52.219-8);

(7)     Small Business Subcontracting Plan clause (48 CFR 52.219-9);

(8)     the further clauses and provisions in 48 CFR subpart 52.2; and

(9)     Hazardous Material Identification and Material Safety Data clause (48 CFR 52.223-3).

Contractor agrees to timely file all Equal Employment Opportunity reports required under 41 CFR §60-1.7 and to develop and maintain a current written affirmative action compliance program(s) for each of its establishments in accordance with and where required by 41 CFR §§60-1.40, 60-741.1, 60-300.1 and the regulations of the Secretary of Labor promulgated under Executive Order No. 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, respectively.

Contractor certifies that it does not maintain or provide for its employees any segregated facilities at any of its establishments and that it does not permit its employees to perform their services at any location, under its control, where segregated facilities are maintained. Contractor certifies further that it will not maintain or provide for its employees any segregated facilities at any of its establishments and that it will not permit its employees to perform their services at any location, under its control, where segregated facilities are maintained. Contractor agrees that a breach of this certification is a violation of the Equal Opportunity Clause. As used in this certification, the term "segregated facilities" means but is not limited to any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation and housing facilities provided for employees which are segregated by explicit directive or are in fact segregated on the basis of race, creed, color, religion, sex, sexual orientation, gender identity, or national origin, because of habit, local custom or otherwise (except that rest rooms, wash rooms, locker rooms and dressing areas segregated solely on the basis of sex shall not be considered "segregated facilities" within the scope of this paragraph). Contractor further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will obtain identical certifications from proposed subcontractors prior to the award of subcontracts exceeding $10,000

CONFIDENTIAL                                                                 TALOS-00030

which are not exempt from the provisions of the Equal Opportunity Clause; that it will retain such certifications in its files; and that it will forward the following notice to such proposed subcontractors (except where the proposed subcontractors have submitted identical certificates for specific time periods):

"NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES. A Certification of Nonsegregated Facilities must be submitted prior to the award of a subcontract exceeding $10,000 which is not exempt from the provisions of the Equal Opportunity Clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e. quarterly, semiannually or annually). The penalty for making false statements is prescribed in 18 U.S.C. § 1001."

[End of Exhibit B]

Rev. 2019-09(1488692-16)                           Exhibit B

CONFIDENTIAL                                                                                   TALOS-00031

Exhibit 3

**TALOS** ENERGY

**24 Hr Daily Completion Operations Summary**

| Well Name | Lease | API/UWI | Government Authority |
|---|---|---|---|
| MC 948 SS004 | G28030 | 60-817-41299 | BSEE- New Orleans District |

| Original KB Elevation (ft) | Water Depth (ft) | KB-Mud Line Distance (ft) | KB-Wellhead (ft) |
|---|---|---|---|
| 103.00 | 6094 | 6,197.00 | |

| Rig | | Other Elv (ft) | Other Elv Label | Total Depth (ftKB) | PBTD (All) (ftKB) |
|---|---|---|---|---|---|
| Helix Energy, Q5000 | | | | 27,348.0 | |

| Report Number | Report Date | Spud Date | Days From Spud (days) | Cum Prob Time (%) |
|---|---|---|---|---|
| 1 | 7/4/2024 | | 0.00 | 0.00 |

**Job**

| Job Category | Primary Job Type | Start Date | End Date |
|---|---|---|---|
| Completion | Other Stimulation | 7/4/2024 | |

| AFE Number | Daily Field Est Total (Cost) | Cum Field Est To Date (Cost) | Total AFE + Supp Amount (Cost) |
|---|---|---|---|
| 24W0274 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

**Daily Operations**

Operations Summary
Arrived on location and accepted rig (1300 hrs). Backloaded equipment from M/V Harvey Freedom. Traveled 14.2 NM from MC 771 to MC 948. Performed field arrival checks.

Operations at Report Time
Performing field arrival checks.

Operations Next Report Period
Offload equipment and R/U spread.

**Time Log**

| Start Time | End Time | Sum of Dur (hr) | Code 1 | Phase | Com | Prob Ref # |
|---|---|---|---|---|---|---|
| 13:00 | 17:00 | 4.00 | OLEQ | Mob | Personnel arrived at rig. Accepted rig at 1300 hrs. Offloaded equipment from M/V Harvey Freedom. Prepared for Transit to MC 948.<br><br>Fuel Oil – gals. 392,010.2 (1,483.92 M3)<br>Potable Water – 70,253.92 gals. (265.94 M3)<br>Drill Water – 35,642.09 gals. (134.92 M3)<br>Main Engine Lube Oil – 6,017.84 gals. (22.78 M3)<br>Helo Fuel - 2609.0 gals.<br><br>Note: Recieved Verbal Permit approval thru Step 10 by Paul Barbre, BSEE @ 07/04 09:17 | |
| 17:00 | 22:00 | 5.00 | RMOV | Mob | Rig move Q5000 from MC 771 to MC 948. Arrived on location at 2200 hrs.<br><br>17:00 hrs -  Distance Traveled: 0 NM, Distance To Go: 14.2 NM, Speed: 2.5 kts, Course: 164°, Wind: SW at 4 kts, Seas: 4-6', ETA: 22:00 hrs.<br>21:00 -  hrs Distance Traveled: 11.2 NM, Distance To Go: 11.2 NM, Speed: 3.0 kts, Course: 163°, Wind: SW at 4 kts, Seas:1-3', ETA: 22:00 hrs. | |
| 22:00 | 00:00 | 2.00 | RMOV | Mob | Arrived at MC 948. Q5000 performed field arrival checks.<br><br>0000 - 0600 - Finished field arrival checks. Performed well verification of Gunflint MC 948 #4. Deployed XLX83 to 500' and deployed SSWB to depth. Removed compatts from SWBB and placed on sea floor. Tested and prepared EDP for use. | |
| **Total (Sum)** | | **11.00** | | | | |

**Daily Safety Topic**

Safety/PINC Topic
No Accident, No Incident or Environmental Issues Last 24 hrs.

Daily Safety Topic: Rig orientation and familiarization.

JSA - 13
PTW - 3

MODU Strom Status Code: H0W0
T-Time = 18 hrs

**Safety Check Summary**

| Type | Last Date | Next Date |
|---|---|---|
| | | |

**Fluid Checks**

| Source | Density (lb/gal) | Type | NTU | Solids (%) | Funnel Viscosity (s/qt) | pH | Chlorides (mg/L) | Iron (mg/L) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Casing Strings**

| Csg Des | OD (in) | Wt/Len (lb/ft) | Grade | Top Thread | Set Depth (ftKB) | Set Depth (TVD) (ftKB) | Top (ftKB) | ID (in) | Drift Min (in) | LOT Density (lb/gal) |
|---|---|---|---|---|---|---|---|---|---|---|
| Drive Pipe | 16 | 96.00 | Q125 | | 6445 | | -14,724.0 | 15.01 | 14.82 | |
| Conductor | | | | | 7323 | | | | | |
| Surface | | | | | 10416 | | | | | |
| Liner | | | | | 18884 | | | | | |
| Long String | | | | | 21415 | | | | | |
| Liner2 | | | | | 26845 | | | | | |
| Production | | | | | 27348 | | | | | |

**Drill Strings**

| BHA # | String Length (ft) | String Components |
|---|---|---|
| | | |

**Job Supply Amounts**

| Supply Item Des | Type | Received | Consumed | Cum On Loc |
|---|---|---|---|---|
| | | | | |

**Tubing Strings**

| Tubing Description | Run Date | String Max Nominal OD (in) | Weight/Length (lb/ft) | String Grade | Top Depth (ftKB) | Set Depth (ftKB) |
|---|---|---|---|---|---|---|
| Tubing - Production | 12/21/2015 | 4 1/2 | 17.00 | 11013CRSS | -51,337.5 | 26,657.0 |

| Item Des | | OD (in) | ID (in) | Len (ft) | Top (ftKB) | Top (TVD) (ftKB) | Com |
|---|---|---|---|---|---|---|---|
| Tubing Hanger | | 5 1/2 | 18.75 | 5,967.61 | -51,337.5 | | |

| Tubing Description | Run Date | String Max Nominal OD (in) | Weight/Length (lb/ft) | String Grade | Top Depth (ftKB) | Set Depth (ftKB) |
|---|---|---|---|---|---|---|
| Frac Pack Assembly | 12/21/2015 | 6.12 | 23.00 | 13cr-110 | -76,005.2 | 27,034.0 |

| Item Des | | OD (in) | ID (in) | Len (ft) | Top (ftKB) | Top (TVD) (ftKB) | Com |
|---|---|---|---|---|---|---|---|
| Packer | | 8.3 | 6.00 | 20,483.77 | -76,005.2 | | |
| Sliding Sleeve | | 8.31 | 6.00 | 20,520.00 | -55,521.5 | | |

**Stimulations Summary**

| Start Date | Type | Stim/Treat Company | Treat Rate Avg (gpm) | Proppant Total (lb) | Treat Pressure Avg (psi) | Treat Pressure Max (psi) |
|---|---|---|---|---|---|---|
| | | | | | | |

**Perforations**

| Date | Linked Zone | Top (ftKB) | Btm (ftKB) | Top (TVD) (ft... | Btm (TVD) (ft... | Gun Size (in) | Shot Dens (s... | Charge Type | Explosive Type | Over/Under Bal | P Over/Under (... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| 7/5/2024 | **Talos Energy** | Page  1/2 |
|---|---|---|
| | V20230125 | |

CONFIDENTIAL

TALOS-00433

**TALOS** ENERGY

**24 Hr Daily Completion Operations Summary**

| Well Name<br>MC 948 SS004 | Lease<br>G28030 | API/UWI<br>60-817-41299 | Government Authority<br>BSEE- New Orleans District |
|---|---|---|---|
| Original KB Elevation (ft)<br>103.00 | Water Depth (ft)<br>6094 | KB-Mud Line Distance (ft)<br>6,197.00 | KB-Wellhead (ft) |

### Support Vessels

| Vessel Type | Vessel Name | Note |
|---|---|---|
| Crew Boat | FSV Steven McCall | |

### Weather Data

| Temperature - High (°F)<br>84.0 | Temperature - Low (°F)<br>10 | Visibility (miles)<br>8.0 | Wind Speed (mph) | Wind Direction<br>SE | Wave Height (ft)<br>3.00 | Wave Direction (°)<br>125.00 | Swell Height (ft) |
|---|---|---|---|---|---|---|---|
| Current Speed (knots) | Current Dir (°) | Current Sub Surf Spd (knots) | Current Sub S... | Current Sub Surf Depth (ftKB) | Vessel Offset (ft) | Vessel Offset Direction (°) | Time to Evacuate (hr) |

### Talos Representatives

| Job Contact | Contact Number |
|---|---|
| Jack Sanford, D&C Advisor | |
| Dana Larson, Drilling Superintendent | |
| Danny Richardson, Wellsite Supervisor | |
| Sean Rains, Wellsite Supervisor | |
| David Gussman, Wellsite Clerk | |

### Personnel Log

| Type | Note | Company | Sum of Count | Sum of Tot Work Time (hr) |
|---|---|---|---|---|
| Operator | Wellsite Leader | TALOS ENERGY | 2 | 11 |
| Operator | SS Supervisor | TALOS ENERGY | 1 | 6 |
| Operator | Rig Clerk | TALOS ENERGY | 2 | 11 |
| Operator | HSE | TALOS ENERGY | 1 | 6 |
| Operator | Helix Rig Crew | HELIX ENERGY SOLUTIONS GROUP | 54 | 297 |
| Operator | Helix RS | HELIX ENERGY SOLUTIONS GROUP | 13 | 72 |
| Operator | Helix 3rd Party | HELIX ENERGY SOLUTIONS GROUP | 18 | 99 |
| Service | BOP Inspector | OTC SOLUTIONS, LLC | 1 | 6 |
| Service | FMC Wellhead | FMC TECHNOLOGIES INC | 1 | 6 |
| Service | Cement | SCHLUMBERGER OFFSHORE - GULF COAST | 1 | 6 |
| Service | Subsea | PROSERV OPERATIONS INC. | 2 | 11 |
| Service | Coiled Tubing | SCHLUMBERGER OFFSHORE - GULF COAST | 2 | 11 |
| Service | Well Test | SCHLUMBERGER OFFSHORE - GULF COAST | 4 | 22 |
| Service | Tech | OCEAN FLOW INTERNATIONAL LLC | 1 | 6 |
| Service | Tech | Offshore Technical Compliance LLC. | 1 | 6 |
| Service | Tech | OFFSHORE ENERGY SERVICES | 1 | 6 |
| Service | Sub Sea | ONE SUBSEA | 4 | 22 |
| **Total (Sum)** | | | **109** | **600** |

### Emissions Activity

| Vendor | Equipment Type<br>MODU | Fuel Type<br>Diesel | Description<br>Q5000 | Fuel Usage (gal)<br>gal | Burn Rate (GPD)<br>8,945 | Operational Time (hr)<br>24.00 |
|---|---|---|---|---|---|---|
| Equipment Location<br>Metered | | Vessel/Rig Name | | | Is HP > 600? | |

| 7/5/2024 | Talos Energy<br>*V20230125* | Page  2/2 |
|---|---|---|

CONFIDENTIAL

TALOS-00434



**24 Hr Daily Completion Operations Summary**

| Well Name | Lease | API/UWI | Government Authority |
|---|---|---|---|
| MC 948 SS004 | G28030 | 60-817-41299 | BSEE- New Orleans District |

| Original KB Elevation (ft) | Water Depth (ft) | KB-Mud Line Distance (ft) | KB-Wellhead (ft) |
|---|---|---|---|
| 103.00 | 6094 | 6,197.00 | 6,173.00 |

| Rig | Other Elv (ft) | Other Elv Label | Total Depth (ftKB) | PBTD (All) (ftKB) |
|---|---|---|---|---|
| Helix Energy, Q5000 | | | 27,348.0 | Original Hole - 27,180.0 |

| Report Number | Report Date | Spud Date | Days From Spud (days) | Cum Prob Time (%) |
|---|---|---|---|---|
| 2 | 7/5/2024 | 3/2/2015 | 3,414.00 | 0.00 |

## Job

| Job Category | Primary Job Type | Start Date | End Date |
|---|---|---|---|
| Completion | Other Stimulation | 7/4/2024 | |

| AFE Number | Daily Field Est Total (Cost) | Cum Field Est To Date (Cost) | Total AFE + Supp Amount (Cost) |
|---|---|---|---|
| QN245000 | ███████ | ███████ | ███████ |

## Daily Operations

**Operations Summary**
Completed field arrival trials. Set out Compatts array. Moved to well center and performed DP calculations. Performed as-found survey.  R/U and inspected IRS7. Offloaded equipment.

**Operations at Report Time**
Preparing to deck test IRS7.

**Operations Next Report Period**
Continue to offload equipment and R/U. Deck test IRS7.

## Time Log

| Start Time | End Time | Sum of Dur (hr) | Code 1 | Phase | Com | Prob Ref # |
|---|---|---|---|---|---|---|
| 00:00 | 02:00 | 2.00 | RMOV | Mob | Completed field arrival checks. | |
| 02:00 | 06:30 | 4.50 | SSEA | Mob | Deployed XLX83 and performed well verification of Gunflint MC 948 #4. Deployed XLX82 to 500'. Crane splashed SSWB at 0235 hrs and ran SSWB / Compatts to depth. Set out Compatt array with XLX83. Recovered SSWB and XLX82. | |
| 06:30 | 11:30 | 5.00 | RMOV | Mob | Q5000 moved to well center and performed DP calculations. Performed as-found survey | |
| 11:30 | 12:00 | 0.50 | RMOV | Mob | Q500 moved from well center to safe zone. | |
| 12:00 | 16:00 | 4.00 | RU/RD | R&T SS BOP | Held PJSM with personnel involved in stacking the IRS7. Prepared moonpool door for opening. disconnected IWOCS and prepared reel for movement. P/U EDP and opened moonpool door. Replaced EDP skid with inspection stand. Closed moonpool door and landed EDP on the inspection stand. Cleaned and inspected EDP connector. P/U EDP from inspection stand and move. Replaced inspection stand with LRP on moonpool door. | |
| 16:00 | 21:00 | 5.00 | RU/RD | R&T SS BOP | Powered up LRP and performed LRP WOCM check. Supplied hydraulics to IRS7 and opened all valves. R/U drill water for SCM on EDP. Rigged up hot stab and unlocked TRT with 3,000 psi on port B. Picked up IRS7 and opened moonpool door. Replaced test stump with inspection stand. Closed moon pool door and lowered IRS7 on inspection stand. | |
| 21:00 | 00:00 | 3.00 | RU/RD | R&T SS BOP | Installed stinger in TRT and seals on lower stinger. Performed TRT connector mainanance. P/U IRS7 and replace inspection stand with test stump. Lowered IRS7 on test stump. Offload and strap landing string from M/V Harvey Freedom.<br><br>Service Provider R/U:<br>SLB CT - 50%<br>SLB WL - 80%<br>SLB Well Test - 5%<br>OilStates Iron - 5%<br>Oil States PCE -  80%<br>Proserv - 50%<br>OES - 60%<br><br>0000 - 0600 - Backoad and R/U equipment from M/V Harvey Freedom. Stack up IRS and prepare to deck test. | |
| **Total (Sum)** | | **24.00** | | | | |

## Daily Safety Topic

**Safety/PINC Topic**
No Accident, No Incident or Environmental Issues Last 24 hrs.

Daily Safety Topic: Overhead Loads / Crane Ops

JSA - 26
PTW - 6

MODU Strom Status Code: H0W0
T-Time = 18 hrs

## Safety Check Summary

| Type | Last Date | Next Date |
|---|---|---|
| | | |

## Fluid Checks

| Source | Density (lb/gal) | Type | NTU | Solids (%) | Funnel Viscosity (s/qt) | pH | Chlorides (mg/L) | Iron (mg/L) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## Casing Strings

| Csg Des | OD (in) | Wt/Len (lb/ft) | Grade | Top Thread | Set Depth (ftKB) | Set Depth (TVD) (ftKB) | Top (ftKB) | ID (in) | Drift Min (in) | LOT Density (lb/gal) |
|---|---|---|---|---|---|---|---|---|---|---|
| Drive Pipe | 36 | 552.70 | X56 | | 6445 | 6,445.0 | 6,179.0 | | | |
| Conductor | 28 | 218.00 | X-65 | | 7323 | 7,322.8 | 6,179.0 | 26.50 | 26.25 | |
| Surface | 22 | 224.00 | | | 10416 | 10,415.8 | 6,179.0 | 20.00 | | |
| Liner | 16 | 96.00 | Q125 | | 18884 | 18,883.8 | 9,893.0 | 15.01 | 14.82 | |
| Long String | 14 | 113.00 | TN125HC | | 21415 | 21,362.4 | 6,179.0 | 12.62 | | |
| Liner2 | 11 7/8 | 71.80 | TN125HC | | 26845 | 26,649.8 | 21,107.0 | 10.77 | | |
| Production | 9 7/8 | 61.50 | VM125HCSS | | 27348 | 27,152.8 | 21,027.0 | 8.50 | | |

## Drill Strings

| BHA # | String Length (ft) | String Components |
|---|---|---|
| | | |

## Job Supply Amounts

| Supply Item Des | Type | Received | Consumed | Cum On Loc |
|---|---|---|---|---|
| Diesel Fuel | Fuel | 3,138.13 | 7,666.27 | 378,537.0 |

## Tubing Strings

| Tubing Description | Run Date | String Max Nominal OD (in) | Weight/Length (lb/ft) | String Grade | Top Depth (ftKB) | Set Depth (ftKB) |
|---|---|---|---|---|---|---|
| Tubing - Production | 12/21/2015 | 5 1/2 | 26.00 | 13CR110 | 6,163.0 | 26,695.8 |

| Item Des | OD (in) | ID (in) | Len (ft) | Top (ftKB) | Top (TVD) (ftKB) | Com |
|---|---|---|---|---|---|---|
| Tubing Hanger | 18 3/4 | 4.38 | 4.39 | 6,163.0 | 6,163.0 | |

CONFIDENTIAL

TALOS-00435

**24 Hr Daily Completion Operations Summary**

| Well Name<br>MC 948 SS004 | Lease<br>G28030 | API/UWI<br>60-817-41299 | Government Authority<br>BSEE- New Orleans District |
|---|---|---|---|
| Original KB Elevation (ft)<br>103.00 | Water Depth (ft)<br>6094 | KB-Mud Line Distance (ft)<br>6,197.00 | KB-Wellhead (ft)<br>6,173.00 |

| Item Des | OD (in) | ID (in) | Len (ft) | Top (ftKB) | Top (TVD)<br>(ftKB) | Com |
|---|---|---|---|---|---|---|
| Packer | 8.31 | 3.68 | 10.70 | 26,338.8 | 26,144.1 | |

| Tubing Description<br>Frac Pack Assembly | Run Date<br>12/21/2015 | String Max Nominal OD (in)<br>5 1/2 | Weight/Length (lb/ft)<br>23.00 | String Grade | Top Depth (ftKB)<br>26,656.6 | Set Depth (ftKB)<br>27,065.4 |
|---|---|---|---|---|---|---|

| Item Des | OD (in) | ID (in) | Len (ft) | Top (ftKB) | Top (TVD)<br>(ftKB) | Com |
|---|---|---|---|---|---|---|
| Frac Packer | 8.3 | 6.00 | 8.32 | 26,656.6 | 26,461.4 | |

**Stimulations Summary**

| Start Date | Type | Stim/Treat Company | Treat Rate Avg (gpm) | Proppant Total (lb) | Treat Pressure Avg (psi) | Treat Pressure Max (psi) |
|---|---|---|---|---|---|---|

**Perforations**

| Date | Linked Zone | Top (ftKB) | Btm (ftKB) | Top (TVD) (ft… | Btm (TVD) (ft… | Gun Size (in) | Shot Dens (s… | Charge Type | Explosive Type | Over/Under Bal | P Over/Under (… |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Support Vessels**

| Vessel Type | Vessel Name | Note |
|---|---|---|
| Supply Boat | OSV Harvey Freedom | On Location |
| Crew Boat | FSV Steven McCall | FSB |
| Supply Boat | OSV Harvey Provider | On Location |

**Weather Data**

| Temperature - High (°F)<br>84.0 | Temperature - Low (°F) | Visibility (miles)<br>10 | Wind Speed (mph)<br>4.0 | Wind Direction<br>SE | Wave Height (ft)<br>3.00 | Wave Direction (°)<br>180.00 | Swell Height (ft)<br>3.00 |
|---|---|---|---|---|---|---|---|
| Current Speed (knots)<br>0.9 | Current Dir (°)<br>125.00 | Current Sub Surf Spd (knots) | Current Sub S… | Current Sub Surf Depth (ftKB) | Vessel Offset (ft) | Vessel Offset Direction (°) | Time to Evacuate (hr)<br>24.00 |

**Talos Representatives**

| Job Contact | Contact Number |
|---|---|
| Jack Sanford, D&C Advisor | |
| Dana Larson, Drilling Superintendent | |
| Danny Richardson, Wellsite Supervisor | |
| Sean Rains, Wellsite Supervisor | |
| David Gussman, Wellsite Clerk | |
| Mat Vogal, Wellsite Coordinator | |
| Quetin Landry, WHSE | |

**Personnel Log**

| Type | Note | Company | Sum of Count | Sum of Tot Work Time (hr) |
|---|---|---|---|---|
| Operator | Wellsite Leader | TALOS ENERGY | 2 | 24 |
| Operator | SS Supervisor | TALOS ENERGY | 1 | 12 |
| Operator | Rig Clerk | TALOS ENERGY | 2 | 24 |
| Operator | HSE | TALOS ENERGY | 1 | 12 |
| Operator | Helix Rig Crew | HELIX ENERGY SOLUTIONS GROUP | 54 | 648 |
| Operator | Helix RS | HELIX ENERGY SOLUTIONS GROUP | 13 | 156 |
| Operator | Helix 3rd Party | HELIX ENERGY SOLUTIONS GROUP | 18 | 216 |
| Service | BOP Inspector | OTC SOLUTIONS, LLC | 2 | 24 |
| Service | FMC Wellhead | FMC TECHNOLOGIES INC | 1 | 12 |
| Service | Cement | SCHLUMBERGER OFFSHORE - GULF COAST | 1 | 12 |
| Service | Subsea | PROSERV OPERATIONS INC. | 2 | 24 |
| Service | Coiled Tubing | SCHLUMBERGER OFFSHORE - GULF COAST | 8 | 96 |
| Service | Well Test | SCHLUMBERGER OFFSHORE - GULF COAST | 9 | 108 |
| Service | Tech | OCEAN FLOW INTERNATIONAL LLC | 1 | 12 |
| Service | Tech | Offshore Technical Compliance LLC. | 1 | 12 |
| Service | Tech | OFFSHORE ENERGY SERVICES | 1 | 12 |
| Service | Sub Sea | ONE SUBSEA | 4 | 48 |
| Service | Iron/PCE | OIL STATES ENERGY SERVICES | 4 | 48 |
| **Total (Sum)** | | | **125** | **1500** |

**Emissions Activity**

| Vendor<br>HELIX ENERGY<br>SOLUTIONS GROUP, | Equipment Type<br>MODU | Fuel Type<br>Diesel | Description<br>Q5000 | Fuel Usage (gal)<br>gal | Burn Rate (GPD)<br>319 | Operational Time (hr)<br>24.00 |
|---|---|---|---|---|---|---|
| Equipment Location<br>Metered | Vessel/Rig Name | | | Is HP > 600? | | |

| 7/6/2024 | **Talos Energy**<br>*V20230125* | Page 2/2 |
|---|---|---|

CONFIDENTIAL

TALOS-00436

**24 Hr Daily Completion Operations Summary**

| Well Name | Lease | API/UWI | Government Authority |
|---|---|---|---|
| MC 948 SS004 | G28030 | 60-817-41299 | BSEE- New Orleans District |

| Original KB Elevation (ft) | Water Depth (ft) | KB-Mud Line Distance (ft) | KB-Wellhead (ft) |
|---|---|---|---|
| 103.00 | 6094 | 6,197.00 | 6,173.00 |

| Rig | | | Other Elv (ft) | Other Elv Label | Total Depth (ftKB) | PBTD (All) (ftKB) |
|---|---|---|---|---|---|---|
| Helix Energy, Q5000 | | | | | 27,348.0 | Original Hole - 27,180.0 |

| Report Number | Report Date | Spud Date | Days From Spud (days) | Cum Prob Time (%) |
|---|---|---|---|---|
| 3 | 7/6/2024 | 3/2/2015 | 3,415.00 | 1.69 |

**Job**

| Job Category | Primary Job Type | Start Date | End Date |
|---|---|---|---|
| Completion | Other Stimulation | 7/4/2024 | |

| AFE Number | Daily Field Est Total (Cost) | Cum Field Est To Date (Cost) | Total AFE + Supp Amount (Cost) |
|---|---|---|---|
| QN245000 | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |

**Daily Operations**

Operations Summary
Perform TRT connector maintenance. Deck test IRS7. Offload/backload equipment from M/V Harvey Freedom and Harvey Provider. Continue to R/U equipment.

Operations at Report Time
Deck testing IRS7.

Operations Next Report Period
Continue to R/U equipment and deck test IRS7.

**Time Log**

| Start Time | End Time | Sum of Dur (hr) | Code 1 | Phase | Com | Prob Ref # |
|---|---|---|---|---|---|---|
| 00:00 | 02:00 | 2.00 | RU/RD | R&T SS BOP | Completed Tree Running Tool (TRT) connector maintance. | |
| 02:00 | 05:00 | 3.00 | TSTO | R&T SS BOP | Performed Operating Pressure Testing on Retainer Valve (RTV), Annular Access Valve 1 (AAV1), and Crossover Valve 3 (XOV3). | |
| 05:00 | 07:30 | 2.50 | TSTO | R&T SS BOP | Performed Valve Status Pre-Checks and supplied hydraulics to the EDP (Emergency Disconnect Package). | |
| 07:30 | 09:30 | 2.00 | TSTO | R&T SS BOP | Performed MUX SITs as per IRS7 Deck Testing Procedure Document # X-380107-21 REV 01 witnessed by OTC. Performed Section 6.4 Connector and Emergency Disconnect Unit (EQDU) Function Tests (Primary and Secondary Control Stations). | |
| 09:30 | 10:00 | 0.50 | TSTO | R&T SS BOP | Connected hydraulics to the Lower Riser Package (LRP) and performed Workover Control Module (WOCM) health checks. | |
| 10:00 | 11:00 | 1.00 | TSTO | R&T SS BOP | Performed Section 6.6 Production Shutdown (PSD) Testing and recorded function times. Good Test. | |
| 11:00 | 11:30 | 0.50 | TSTO | R&T SS BOP | Performed Section 6.5 MUX Flowhead Function Test to Open and Close Valves (Primary Control Station). | |
| 11:30 | 12:00 | 0.50 | TSTO | R&T SS BOP | Performed Section 6.7.2 Bleeding of Manifolds. | |
| 12:00 | 13:00 | 1.00 | TSTO | R&T SS BOP | Performed Section 6.7.3 Emergency Shutdown (ESD) Test.  Lower Sealing Valve (LSV) & Crossover Valve 3 (XOV3): 12s. Good Test. | |
| 13:00 | 14:00 | 1.00 | TSTO | R&T SS BOP | Performed Section 6.8.2 Emergency Quick Disconnect (EQD) Test - Primary Control Station. Lower Sealing Valve (LSV) & Crossover Valve 3 (XOV3): 13s. Good Test | |
| 14:00 | 15:00 | 1.00 | TSTO | R&T SS BOP | Performed Section 6.8.4 Emergency Quick Disconnect (EQD) Test - Secondary Control Station. Lower Sealing Valve (LSV) & Crossover Valve 3 (XOV3): 13s. Good Test. | |
| 15:00 | 15:30 | 0.50 | TSTO | R&T SS BOP | Performed Section 6.9 Autoshear Function Testing. Lower Sealing Valve (LSV) & Crossover Valve 3 (XOV3): 11s. Good Test | |
| 15:30 | 17:00 | 1.50 | TSTO | R&T SS BOP | Performed Deadman Testing Pre-Checks and Setup as per OSS Deck Testing Procedure Section 6.10.1. | |
| 17:00 | 17:30 | 0.50 | TSTO | R&T SS BOP | Performed Deadman Function as per OSS Deck Testing Procedure Section 6.10.2. Good Test. Lower Sealing Valve (LSV) & Crossover Valve 3 (XOV3) Closed - 22 seconds, EQDU Retract - 48 seconds. | |
| 17:30 | 20:00 | 2.50 | TSTO | R&T SS BOP | Recovered from Deadman Test and prepared for Deadman pressure test. Performed Emergency Disconnect Package (EDP) CL piloted check valve test to 1,500 psi / 15 mins. Good visual test. | |
| 20:00 | 21:00 | 1.00 | TSTO | R&T SS BOP | Installed (LRP Gasket Test) LGT tubing on Lower Riser Package (LRP). | |
| 21:00 | 22:00 | 1.00 | TSTO | R&T SS BOP | Performed Deadman Hydrostatic Pressure Test as per OSS Deck Testing Procedure Section 6.10.3 to 1,000 psi for 5 minutes. Test failed due to nonvisible leak. Cycled Annular Access Valve 1 (AAV1). Repeat test. | |
| 22:00 | 23:00 | 1.00 | TSTO | R&T SS BOP | Performed Deadman Hydrostatic Pressure Test #1A as per OSS Deck Testing Procedure Section 6.10.3 to 1,000 psi for 5 minutes. Test failed due to suspected air in system. Circulated to purge air and repeat test. Performed Deadman Hydrostatic Pressure Test #1B as per OSS Deck Testing Procedure Section 6.10.3 to 1,000 psi for 5 minutes. Test failed due to visual leak on LRP Gasket Test (LGT) tubing. | |
| 23:00 | 00:00 | 1.00 | NPT | R&T SS BOP | Performed troubleshooting on deadman pressure test. Tightened fittings on  LRP Gasket Test (LGT) tubing.<br><br>Concurrent Operations: Offloaded/backloaded M/V Harvey Freedom and Harvey Provider. Offloaded CT reel.  Q5000 took on fuel. Continue to R/U equipment.<br><br>Service Provider R/U:<br>SLB CT - 60%<br>SLB WL - 80%<br>SLB Well Test - 40%<br>OilStates Iron - 5%<br>Oil States PCE -  80%<br>Proserv - 60%<br>OES - 60%<br><br>0000 - 0600: Continued deck testing IRS7. R/U equipment. | |
| **Total (Sum)** | | **24.00** | | | | |

**Daily Safety Topic**

Safety/PINC Topic
No Accidents or Environmental Issues Last 24 hrs.

2 - Incidents:
IRT #7666:  FAC - IP reports discomfort to lower back while using 5' pinch bar.
IRT #7668:  FAC - IP reports pain to wrist/arm while swinging sledgehammer.

Daily Safety Topic: Overhead Loads / Crane Ops

JSA - 37
PTW - 7

MODU Storm Status Code: H0W0
T-Time = 24 hrs

**Safety Check Summary**

| Type | Last Date | Next Date |
|---|---|---|
| | | |

CONFIDENTIAL                                                                    TALOS-00437



## 24 Hr Daily Completion Operations Summary

| Well Name | Lease | API/UWI | Government Authority |
|---|---|---|---|
| MC 948 SS004 | G28030 | 60-817-41299 | BSEE- New Orleans District |

| Original KB Elevation (ft) | Water Depth (ft) | KB-Mud Line Distance (ft) | KB-Wellhead (ft) |
|---|---|---|---|
| 103.00 | 6094 | 6,197.00 | 6,173.00 |

### Interval Problems During Report

| Ref # | Problem Type | Problem Subtype | Start Date | End Date | Dur (Net) (hr) | Problem Cost (Cost) |
|---|---|---|---|---|---|---|
| | Surface Equipment-Other | NPT | 7/6/2024 23:00 | | | 30,869.00 |

Description
Performed troubleshooting on deadman pressure test

### Fluid Checks

| Source | Density (lb/gal) | Type | NTU | Solids (%) | Funnel Viscosity (s/qt) | pH | Chlorides (mg/L) | Iron (mg/L) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### Casing Strings

| Csg Des | OD (in) | Wt/Len (lb/ft) | Grade | Top Thread | Set Depth (ftKB) | Set Depth (TVD) (ftKB) | Top (ftKB) | ID (in) | Drift Min (in) | LOT Density (lb/gal) |
|---|---|---|---|---|---|---|---|---|---|---|
| Drive Pipe | 36 | 552.70 | X56 | | 6445 | 6,445.0 | 6,179.0 | | | |
| Conductor | 28 | 218.00 | X-65 | | 7323 | 7,322.8 | 6,179.0 | 26.50 | 26.25 | |
| Surface | 22 | 224.00 | | | 10416 | 10,415.8 | 6,179.0 | 20.00 | | |
| Liner | 16 | 96.00 | Q125 | | 18884 | 18,883.8 | 9,893.0 | 15.01 | 14.82 | |
| Long String | 14 | 113.00 | TN125HC | | 21415 | 21,362.4 | 6,179.0 | 12.62 | | |
| Liner2 | 11 7/8 | 71.80 | TN125HC | | 26845 | 26,649.8 | 21,107.0 | 10.77 | | |
| Production | 9 7/8 | 61.50 | VM125HCSS | | 27348 | 27,152.8 | 21,027.0 | 8.50 | | |

### Drill Strings

| BHA # | String Length (ft) | String Components |
|---|---|---|
| | | |

### Job Supply Amounts

| Supply Item Des | Type | Received | Consumed | Cum On Loc |
|---|---|---|---|---|
| Diesel Fuel | Fuel | 81,045.77 | 7,013.77 | 452,569.0 |

### Tubing Strings

| Tubing Description | Run Date | String Max Nominal OD (in) | Weight/Length (lb/ft) | String Grade | Top Depth (ftKB) | Set Depth (ftKB) |
|---|---|---|---|---|---|---|
| Tubing - Production | 12/21/2015 | 5 1/2 | 26.00 | 13CR110 | 6,163.0 | 26,695.8 |

| Item Des | OD (in) | ID (in) | Len (ft) | Top (ftKB) | Top (TVD) (ftKB) | Com |
|---|---|---|---|---|---|---|
| Tubing Hanger | 18 3/4 | 4.38 | 4.39 | 6,163.0 | 6,163.0 | |
| Packer | 8.31 | 3.68 | 10.70 | 26,338.8 | 26,144.1 | |

| Tubing Description | Run Date | String Max Nominal OD (in) | Weight/Length (lb/ft) | String Grade | Top Depth (ftKB) | Set Depth (ftKB) |
|---|---|---|---|---|---|---|
| Frac Pack Assembly | 12/21/2015 | 5 1/2 | 23.00 | | 26,656.6 | 27,065.4 |

| Item Des | OD (in) | ID (in) | Len (ft) | Top (ftKB) | Top (TVD) (ftKB) | Com |
|---|---|---|---|---|---|---|
| Frac Packer | 8.3 | 6.00 | 8.32 | 26,656.6 | 26,461.4 | |

### Stimulations Summary

| Start Date | Type | Stim/Treat Company | Treat Rate Avg (gpm) | Proppant Total (lb) | Treat Pressure Avg (psi) | Treat Pressure Max (psi) |
|---|---|---|---|---|---|---|
| | | | | | | |

### Perforations

| Date | Linked Zone | Top (ftKB) | Btm (ftKB) | Top (TVD) (ft... | Btm (TVD) (ft... | Gun Size (in) | Shot Dens (s... | Charge Type | Explosive Type | Over/Under Bal | P Over/Under (... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### Support Vessels

| Vessel Type | Vessel Name | Note |
|---|---|---|
| Supply Boat | OSV Harvey Freedom | On Location |
| Crew Boat | FSV Steven McCall | FSB |
| Supply Boat | OSV Harvey Provider | On Location |

### Weather Data

| Temperature - High (°F) | Temperature - Low (°F) | Visibility (miles) | Wind Speed (mph) | Wind Direction | Wave Height (ft) | Wave Direction (°) | Swell Height (ft) |
|---|---|---|---|---|---|---|---|
| 84.0 | 10 | 12.0 | SE | 3.00 | 180.00 | 3.00 | |

| Current Speed (knots) | Current Dir (°) | Current Sub Surf Spd (knots) | Current Sub S... | Current Sub Surf Depth (ftKB) | Vessel Offset (ft) | Vessel Offset Direction (°) | Time to Evacuate (hr) |
|---|---|---|---|---|---|---|---|
| 0.8 | 153.00 | | | | | | 24.00 |

### Talos Representatives

| Job Contact | Contact Number |
|---|---|
| Jack Sanford, D&C Advisor | |
| Dana Larson, Drilling Superintendent | |
| Danny Richardson, Wellsite Supervisor | |
| Sean Rains, Wellsite Supervisor | |
| Jason Fruge, Completions Specialist | |
| Ross Allemand, Subsea Engineer | |
| David Gussman, Wellsite Clerk | |
| Quetin Landry, WHSE | |
| Matt Vogel, Wellsite Coordinator | |

### Personnel Log

| Type | Note | Company | Sum of Count | Sum of Tot Work Time (hr) |
|---|---|---|---|---|
| Operator | Wellsite Leader | TALOS ENERGY | 2 | 24 |
| Operator | SS Supervisor | TALOS ENERGY | 1 | 12 |
| Operator | Completions Supervisor | TALOS ENERGY | 1 | 0 |
| Operator | Rig Clerk | TALOS ENERGY | 2 | 24 |
| Operator | HSE | TALOS ENERGY | 1 | 12 |
| Operator | Helix Rig Crew | HELIX ENERGY SOLUTIONS GROUP | 54 | 648 |
| Operator | Helix RS | HELIX ENERGY SOLUTIONS GROUP | 13 | 156 |
| Operator | Helix 3rd Party | HELIX ENERGY SOLUTIONS GROUP | 18 | 216 |
| Service | BOP Inspector | OTC SOLUTIONS, LLC | 2 | 24 |
| Service | FMC Wellhead | FMC TECHNOLOGIES INC | 1 | 12 |
| Service | Cement | SCHLUMBERGER OFFSHORE - GULF COAST | 1 | 12 |
| Service | Subsea | PROSERV OPERATIONS INC. | 2 | 24 |
| Service | Coiled Tubing | SCHLUMBERGER OFFSHORE - GULF COAST | 8 | 96 |
| Service | Well Test | SCHLUMBERGER OFFSHORE - GULF COAST | 9 | 108 |
| Service | Tech | OCEAN FLOW INTERNATIONAL LLC | 1 | 12 |
| Service | Tech | Offshore Technical Compliance LLC. | 1 | 12 |
| Service | Tech | OFFSHORE ENERGY SERVICES | 1 | 12 |
| Service | Sub Sea | ONE SUBSEA | 4 | 48 |
| Service | Iron/PCE | OIL STATES ENERGY SERVICES | 4 | 48 |

CONFIDENTIAL     TALOS-00438

**24 Hr Daily Completion Operations Summary**



| Well Name<br>MC 948 SS004 | Lease<br>G28030 | API/UWI<br>60-817-41299 | Government Authority<br>BSEE- New Orleans District |
|---|---|---|---|
| Original KB Elevation (ft)<br>103.00 | Water Depth (ft)<br>6094 | KB-Mud Line Distance (ft)<br>6,197.00 | KB-Wellhead (ft)<br>6,173.00 |

**Personnel Log**

| Type | Note | Company | Sum of Count | Sum of Tot Work Time (hr) |
|---|---|---|---|---|
| Service | Tech | OCEANEERING INT'L INC | 1 | 0 |
| **Total (Sum)** | | | **127** | **1500** |

**Emissions Activity**

| Vendor<br>HELIX ENERGY<br>SOLUTIONS GROUP, | Equipment Type<br>MODU | Fuel Type<br>Diesel | Description<br>Q5000 | Fuel Usage (gal)<br>gal | Burn Rate (GPD)<br>292 | Operational Time (hr)<br>24.00 |
|---|---|---|---|---|---|---|
| Equipment Location<br>Metered | | Vessel/Rig Name | | | Is HP > 600? | |

| 7/7/2024 | **Talos Energy**<br>*V20230125* | Page 3/3 |
|---|---|---|

CONFIDENTIAL

TALOS-00439

Exhibit 4

| TIME | 20:51 | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 4-Jul-24 | **109** | **71** | **13** | **21** | **4** | **6** | **1** | **24** |
| Article # | On Shift | Off Shift | Name | Billet | Company | Room | Shift | LIFEBOAT | | Date Onboard |
| 1 | B | B | Ryan Maas | Master / OIM | Helix | 301 | 0600-1800 | 1 | 15 | 20-Jun-24 |
| 2 | D | B | Danny Richardson | Lead | Talos | 302 | 0600-1800 | 2 | 1 | 4-Jul-24 |
| See Below | | | David Lauer | GM SSIG | Helix | 303 | | See Below | 3 | 2-Jul-24 |
| 3 | D | B | Sean Rains | Co Rep | Talos | 304A | 1800-0600 | 1 | 1 | 4-Jul-24 |
| 4 | D | B | Quentin Landry | HSE | Talos | 304B | 0600-1800 | 2 | 1 | 4-Jul-24 |
| 5 | E | E | Zachery Taylor | Chief Engineer | Helix | 305 | 0600-1800 | 1 | 28 | 7-Jun-24 |
| 6 | B | B | Joshua Pooler | Superintendent | Helix | 306 | 0600-1800 | 2 | 14 | 21-Jun-24 |
| See Below | | | | | | 307A | | See Below | | |
| See Below | | | | | | 307B | | See Below | | |
| 7 | B | B | Armaund Grossie | EHS Advisor | Helix | 101B | 0600-1800 | 1 | 1 | 4-Jul-24 |
| 8 | E | E | R. Dustin Cyr | 1AE | Helix | 101A | 1800-0600 | 2 | 15 | 20-Jun-24 |
| 9 | 2 | E | Tim Matassa | 2AE | Helix | 102A | 1200-0000 | 1 | 1 | 4-Jul-24 |
| 10 | 2 | E | Andrew St. Jarre | 2AE | Helix | 102B | 0000-1200 | 2 | 15 | 20-Jun-24 |
| 11 | 2 | E | Kamen McLean | 3AE | Helix | 103A | 1200-0000 | 1 | 14 | 21-Jun-24 |
| 12 | 2 | E | Carter Jordan | 3AE | Helix | 103B | 0000-1200 | 2 | 28 | 7-Jun-24 |
| 13 | B | B | Samantha Wendling | Sr. DPO | Helix | 104A | 1200-0000 | 1 | 15 | 20-Jun-24 |
| 14 | B | B | Nick Lupo | Sr. DPO | Helix | 104B | 0000-1200 | 2 | 1 | 4-Jul-24 |
| 15 | F | E | Wm. Bill Jernigan | EEO | Helix | 105A | 1200-0000 | 1 | 28 | 7-Jun-24 |
| 16 | F | E | Kevin Guiterrez | Electrician | Helix | 105B | 0000-1200 | 2 | 14 | 21-Jun-24 |
| 17 | M | M | Joseph Ashon | Campboss | Helix | 106A | 0600-1800 | 1 | 4 | 1-Jul-24 |
| 18 | | | Arturo Idaniol | Cook | Aramark | 106B | 1800-0600 | 2 | 4 | 1-Jul-24 |
| 19 | D | | Daniel Wise | Driller | Helix | 107A | 0000-1200 | 1 | 28 | 7-Jun-24 |
| 20 | D | | Steve Van Buren | Driller | Helix | 107B | 1200-0000 | 2 | 5 | 30-Jun-24 |
| 21 | D | S | Ryan Terry | Toolpusher | Helix | 108A | 1800-0600 | 1 | 14 | 21-Jun-24 |
| 22 | D | S | Mike Haas | Toolpusher | Helix | 108B | 0600-1800 | 2 | 28 | 7-Jun-24 |
| 23 | T | T | Mitchell Snipes | Medic | Helix | 109A | 0600-1800 | 1 | 14 | 21-Jun-24 |
| 24 | B | B | William Butler | Chief Mate | Helix | 109B | 1800-0600 | 2 | 1 | 4-Jul-24 |
| 25 | | | | | | 110A | 1800-0600 | 1 | | |
| 26 | R | R | Jeff Lorenz | ROV SUPT | Helix Robotics | 110B | 0600-1800 | 2 | 4 | 1-Jul-24 |
| 27 | | | David Lauer (303) | | Helix | 111A | 1800-0600 | 1 | | |
| 28 | M | M | Wm Bill Nickolyn | Storeman | Helix | 111B | 0600-1800 | 2 | 15 | 20-Jun-24 |
| 29 | D | S | Alexander Escobar | SSE | Helix | 112A | 0600-1800 | 1 | 14 | 21-Jun-24 |
| 30 | D | S | | | | 112B | 1800-0600 | 2 | | |
| 31 | E | B | Randy Reese | EEO | Helix | 113A | 0000-1200 | 1 | 7 | 28-Jun-24 |
| 32 | B | E | Jerry Aplin | EEO | Helix | 113B | 1200-0000 | 2 | 28 | 7-Jun-24 |
| 33 | 1 | B | J Franklin Daniel | DPO | Helix | 114A | 0600-1800 | 1 | 29 | 6-Jun-24 |
| 34 | 1 | B | Daniel Lovell | DPO | Helix | 114B | 1800-0600 | 2 | 14 | 21-Jun-24 |
| 35 | | | David Gussman | Clerk | Talos | 115A | 0600-1800 | 1 | | |
| 36 | | | Matthew Vogel | Clerk | Talos | 115B | 1800-0600 | 2 | 35 | 31-May-24 |

CONFIDENTIAL

TALOS-00406

| TIME | 20:51 | | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 4-Jul-24 | | 109 | 71 | 13 | 21 | 4 | 6 | 1 | 24 |
| 37 | 1 | 3 | | Bosun | | TD1A | 0600-1800 | 1 | | |
| 38 | 1 | 3 | | AB | | TD1B | 1800-0600 | 2 | | |
| 39 | 1 | 3 | Wilfer Salas | AB | Helix | TD1C | 1800-0600 | 1 | 14 | 21-Jun-24 |
| 40 | 1 | 3 | Matthew Wilson | AB | Helix | TD1D | 0600-1800 | 2 | 5 | 30-Jun-24 |
| 41 | | | Ross Noyce | SSE | OSS | TD2A | | 1 | 3 | 2-Jul-24 |
| 42 | | | Darren Smith | SSE | OSS | TD2B | | 2 | 15 | 20-Jun-24 |
| 43 | R | S | Noel Osoriodiaz | SSE | OSS | TD2C | | 1 | 18 | 17-Jun-24 |
| 44 | R | S | Robert Duncan | SSE | OSS | TD2D | | 2 | 36 | 30-May-24 |
| 45 | 2 | E | Daniel Jackson | Motorman | Helix | TD3A | 0000-1200 | 1 | 26 | 9-Jun-24 |
| 46 | 2 | E | Eric Serres | QMED | Helix | TD3B | 1200-0000 | 2 | 15 | 20-Jun-24 |
| 47 | | | Alexandre Forget | QMED | Core Group | TD3C | 0000-1200 | 1 | 1 | 4-Jul-24 |
| 48 | 2 | E | Britton Andrews | Motorman | Helix | TD3D | 1200-0000 | 2 | 14 | 21-Jun-24 |
| 49 | | | | | | TD4A | | 1 | | |
| 50 | | | | | | TD4B | | 2 | | |
| 51 | | | Ross Allemand | SS Super | Talos | TD5A | | 1 | 1 | 4-Jul-24 |
| 52 | | | | | | TD5B | | 2 | | |
| 53 | T | | Chris Nowling | Crane Op | Helix | TD6A | 0000-1200 | 1 | 1 | 4-Jul-24 |
| 54 | T | | Ladaryl White | Crane Op | Helix | TD6B | 1200-0000 | 2 | 18 | 17-Jun-24 |
| 55 | D | | Brandan West | Asst. Driller | Helix | TD7A | 1200-0000 | 1 | 14 | 21-Jun-24 |
| 56 | D | | Ethan Howard | Asst. Driller | Helix | TD7B | 0000-1200 | 2 | 28 | 7-Jun-24 |
| 57 | D | | Chris Bilyeu | Derrickman | Helix | TD8A | 0000-1200 | 1 | 28 | 7-Jun-24 |
| 58 | D | | Jason McCain | Derrickman | Helix | TD8B | 1200-0000 | 2 | 14 | 21-Jun-24 |
| 59 | D | | Jason Baggett | Roughneck | Core Group | TD8C | 1200-0000 | 1 | 14 | 21-Jun-24 |
| 60 | D | | Justin Eckert | Roughneck | Helix | TD8D | 0000-1200 | 2 | 28 | 7-Jun-24 |
| 61 | D | | Ebulon Springer | Roughneck | Helix | TD9A | 0000-1200 | 1 | 28 | 7-Jun-24 |
| 62 | D | | Tracy Johnson | Roughneck | Helix | TD9B | 0000-1200 | 2 | 28 | 7-Jun-24 |
| 63 | D | | Cory Johnson | Roughneck | Helix | TD9C | 1200-0000 | 1 | 14 | 21-Jun-24 |
| 64 | D | | Willie Neal | Roughneck | Helix | TD9D | 1200-0000 | 2 | 14 | 21-Jun-24 |
| 65 | T | | Vantrerius McKnight | Asst Crane Op | Helix | TD10A | 1200-0000 | 1 | 15 | 20-Jun-24 |
| 66 | T | | Ron Blaylock | Asst Crane Op | Helix | TD10B | 0000-1200 | 2 | 1 | 4-Jul-24 |
| 67 | 1 | 3 | Timothy Tapp | OS | Core Group | TD10C | 1200-0000 | 1 | 1 | 4-Jul-24 |
| 68 | 1 | 3 | Burabari Gokana | OS | Helix | TD10D | 0000-1200 | 2 | 1 | 4-Jul-24 |
| 69 | D | | Michael Taylor | Mechanic | Atlas | TD11A | 1200-0000 | 1 | 1 | 4-Jul-24 |
| 70 | M | M | Craig Flowers | Welder | Helix | TD11B | 0000-1200 | 2 | 1 | 4-Jul-24 |
| 71 | 2 | E | | QMED | | TD11C | 0000-1200 | 1 | | |
| 72 | 2 | E | Clay Wind | Motorman | Helix | TD11D | 1200-0000 | 2 | 28 | 7-Jun-24 |
| 73 | T | | Marquis Harrell | Roustabout | Core Group | TD12A | 0000-1200 | 1 | 1 | 4-Jul-24 |
| 74 | T | | Gaetano Macellari | Roustabout | Helix | TD12B | 1200-0000 | 2 | 15 | 20-Jun-24 |
| 75 | T | | Andrew Schwartz | Roustabout | Helix | TD12C | 1200-000 | 1 | 15 | 20-Jun-24 |
| 76 | T | | Kenderrick Belvin | Roustabout | Core Group | TD12D | 0000-1200 | 2 | 1 | 4-Jul-24 |
| 77 | T | | Samuel Terry | Roustabout | Helix | TD13A | 1200-0000 | 1 | 15 | 20-Jun-24 |
| 78 | T | | Jonathan Madland | Roustabout | Core Group | TD13B | 0000-1200 | 2 | 1 | 4-Jul-24 |
| 79 | | | Kevin Mauna | Day Laundry | Aramark | TD13C | 1200-0000 | 1 | 4 | 1-Jul-24 |
| 80 | | | Crispin Mendoza | Night Laundry | Aramark | TD13D | 0000-1200 | 2 | 32 | 3-Jun-24 |
| 81 | | | Ranier Corpuz | Steward | Aramark | TD14A | 0730-1930 | 1 | 4 | 1-Jul-24 |
| 82 | | | Roy Gantuangco | Cook | Aramark | TD14B | 0730-1930 | 2 | 32 | 3-Jun-24 |
| 83 | | | Gerald Villegas | Cook | Aramark | TD14C | 1930-0730 | 1 | 4 | 1-Jul-24 |
| 84 | | | Bryan Valinson | Steward | Aramark | TD14D | 1930-0730 | 2 | 4 | 1-Jul-24 |
| 85 | | | Gabriel Genaloc | Steward | Aramark | TD15A | 0730-1930 | 1 | 32 | 3-Jun-24 |
| 86 | | | Carlos Atienza | Steward | Aramark | TD15B | 0730-1930 | 2 | 4 | 1-Jul-24 |
| 87 | | | Mark Panglingayen | Steward | Aramark | TD15C | 0730-1930 | 1 | 32 | 3-Jun-24 |
| 88 | | | Brian Mateo | Steward | Aramark | TD15D | 1930-0730 | 2 | 32 | 3-Jun-24 |

CONFIDENTIAL

| TIME | 20:51 | | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 4-Jul-24 | | 109 | 71 | 13 | 21 | 4 | 6 | 1 | 24 |
| 89 | | | Brady Brown | Tech | Proserv | LD1A | 1800-0600 | 1 | 34 | 1-Jun-24 |
| 90 | | | Jeffery Surratt | Tech | Proserv | LD1B | 0600-1800 | 2 | 34 | 1-Jun-24 |
| 91 | | | | | | LD1C | 1800-0600 | 1 | | |
| 92 | | | | | | LD1D | 0600-1800 | 2 | | |
| 93 | | | Chris McAlexander | Cementer | SLB | LD2A | 0600-1800 | 1 | 7 | 28-Jun-24 |
| 94 | | | | | | LD2B | 1800-0600 | 2 | | |
| 95 | | | | | | LD2C | 1800-0600 | 1 | | |
| 96 | | | | | | LD2D | | 2 | | |
| 97 | R | | Shaun Wells | ROV | Helix Robotics | LD3A | 1800-0600 | 1 | 11 | 24-Jun-24 |
| 98 | R | | Trenton Campbell | ROV | Helix Robotics | LD3B | 0600-1800 | 2 | 7 | 28-Jun-24 |
| 99 | R | | Jude Loupe | ROV | Helix Robotics | LD3C | 0600-1800 | 1 | 7 | 28-Jun-24 |
| 100 | R | | Rowley Clark | ROV | Helix Robotics | LD3D | 0600-1800 | 2 | 7 | 28-Jun-24 |
| 101 | R | | Phillip Durbin | ROV | Helix Robotics | LD4A | 1200-0000 | 1 | 4 | 1-Jul-24 |
| 102 | R | | Jimmy Butler | ROV | Helix Robotics | LD4B | 1200-0000 | 2 | 4 | 1-Jul-24 |
| 103 | R | | Tyler Hebert | ROV | Helix Robotics | LD4C | 0000-1200 | 1 | 4 | 1-Jul-24 |
| 104 | R | | John Burris | ROV | Helix Robotics | LD4D | 0000-1200 | 2 | 3 | 2-Jul-24 |
| 105 | R | | Shawn Weaver | ROV | Helix Robotics | LD5A | 0000-1200 | 1 | 4 | 1-Jul-24 |
| 106 | R | | Michael Claude | ROV | Helix Robotics | LD5B | 0000-1200 | 2 | 18 | 17-Jun-24 |
| 107 | R | | Shawn Van Horn | ROV | Helix Robotics | LD5C | 1200-0000 | 1 | 7 | 28-Jun-24 |
| 108 | R | | Luis Pena | ROV | Helix Robotics | LD5D | 1200-0000 | 2 | 3 | 2-Jul-24 |
| 109 | | | Jason Becker | Coil Tubing | SLB | LD6A | | 1 | 1 | 4-Jul-24 |
| 110 | | | Justin Jean | Coil Tubing | SLB | LD6B | | 2 | 1 | 4-Jul-24 |
| 111 | | | | | | LD6C | | 1 | | |
| 112 | | | | | | LD6D | | 2 | | |
| 113 | | | David Russel | Surveyor | DRS | LD7A | | 1 | 1 | 4-Jul-24 |
| 114 | | | Stephen Vandevelde | Surveyor | DRS | LD7B | | 2 | 1 | 4-Jul-24 |
| 115 | | | | | | LD7C | | 1 | | |
| 116 | | | | | | LD7D | | 2 | | |
| 117 | | | Raymond Borne | Well Test | SLB | LD8A | | 1 | 1 | 4-Jul-24 |
| 118 | | | Daniel Petroski | Well Test | SLB | LD8B | | 2 | 1 | 4-Jul-24 |
| 119 | | | Talon Shicksnider | Well Test | SLB | LD8C | | 1 | 1 | 4-Jul-24 |
| 120 | | | Jerrin Dugas | Well Test | SLB | LD8D | | 2 | 1 | 4-Jul-24 |
| 121 | | | | | | LD9A | 0600-1800 | 1 | | |
| 122 | | | | | | LD9B | 1800-0600 | 2 | | |
| 123 | | | | | | LD9C | 0600-1800 | 1 | | |
| 124 | | | | | | LD9D | 1800-0600 | 2 | | |
| 125 | | | | | | LD10A | | 1 | | |
| 126 | R | S | Randy Hayes | SSE | Helix | LD10B | 1200-0000 | 2 | 1 | 4-Jul-24 |
| 127 | R | S | Dustin May | SSE | Helix | LD10C | 0000-1200 | 1 | 28 | 7-Jun-24 |
| 128 | | | | | | LD10D | | 2 | | |
| 129 | | | Matt Enox | Tech | OFI | LD11A | | 1 | 1 | 4-Jul-24 |
| 130 | | | Josh Holmes | Tech | OTC | LD11B | | 2 | 3 | 2-Jul-24 |
| 131 | | | Owen Abercrombie | Tech | FMC | LD11C | | 1 | 1 | 4-Jul-24 |
| 132 | | | | | | LD11D | | 2 | | |
| 133 | | | | | | LD12A | | 1 | | |
| 134 | | | Joseph Twiner | Tech | OES | LD12B | | 2 | 30 | 5-Jun-24 |
| 135 | | | | | | LD12C | | 1 | | |
| 136 | | | | | | LD12D | | 2 | | |
| 137 | | | | | | LD13A | | 1 | | |
| 138 | | | | | | LD13B | | 2 | | |
| 139 | | | | | | LD13C | | 1 | | |
| 140 | | | | | | LD13D | | 2 | | |

CONFIDENTIAL

TALOS-00408

| TIME | 12:00 | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 5-Jul-24 | 125 | 71 | 13 | 37 | 4 | 6 | 1 | 8 |

| Article # | On Shift | Off Shift | Name | Billet | Company | Room | Shift | LIFEBOAT | | Date Onboard |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | B | Ryan Maas | Master / OIM | Helix | 301 | 0600-1800 | 1 | 16 | 20-Jun-24 |
| 2 | D | B | Danny Richardson | Lead | Talos | 302 | 0600-1800 | 2 | 2 | 4-Jul-24 |
| See Below | | | David Lauer | GM SSIG | Helix | 303 | | See Below | 4 | 2-Jul-24 |
| 3 | D | B | Sean Rains | Co Rep | Talos | 304A | 1800-0600 | 1 | 2 | 4-Jul-24 |
| 4 | D | B | Quentin Landry | HSE | Talos | 304B | 0600-1800 | 2 | 2 | 4-Jul-24 |
| 5 | E | E | Thomas Harvey | Chief Engineer | Helix | 305 | 0600-1800 | 1 | 1 | 5-Jul-24 |
| 6 | B | B | Joshua Pooler | Superintendent | Helix | 306 | 0600-1800 | 2 | 15 | 21-Jun-24 |
| See Below | | | | | | 307A | | See Below | | |
| See Below | | | | | | 307B | | See Below | | |
| 7 | B | B | Armaund Grossie | EHS Advisor | Helix | 101B | 0600-1800 | 1 | 2 | 4-Jul-24 |
| 8 | E | E | R. Dustin Cyr | 1AE | Helix | 101A | 1800-0600 | 2 | 16 | 20-Jun-24 |
| 9 | 2 | E | Tim Matassa | 2AE | Helix | 102A | 1200-0000 | 1 | 2 | 4-Jul-24 |
| 10 | 2 | E | Andrew St. Jarre | 2AE | Helix | 102B | 0000-1200 | 2 | 16 | 20-Jun-24 |
| 11 | 2 | E | Kamen McLean | 3AE | Helix | 103A | 1200-0000 | 1 | 15 | 21-Jun-24 |
| 12 | 2 | E | Casey Escobar | 3AE | Helix | 103B | 0000-1200 | 2 | 1 | 5-Jul-24 |
| 13 | B | B | Samantha Wendling | Sr. DPO | Helix | 104A | 1200-0000 | 1 | 16 | 20-Jun-24 |
| 14 | B | B | Nick Lupo | Sr. DPO | Helix | 104B | 0000-1200 | 2 | 2 | 4-Jul-24 |
| 15 | F | E | Shawn Payton | EEO | Helix | 105A | 1200-0000 | 1 | 1 | 5-Jul-24 |
| 16 | F | E | | Electrician | | 105B | 0000-1200 | 2 | | |
| 17 | M | M | Joseph Ashon | Campboss | Helix | 106A | 0600-1800 | 1 | 5 | 1-Jul-24 |
| 18 | | | Arturo Idaniol | Cook | Aramark | 106B | 1800-0600 | 2 | 5 | 1-Jul-24 |
| 19 | D | | Ryan Happe | Driller | Helix | 107A | 0000-1200 | 1 | 1 | 5-Jul-24 |
| 20 | D | | Steve Van Buren | Driller | Helix | 107B | 1200-0000 | 2 | 6 | 30-Jun-24 |
| 21 | D | S | Ryan Terry | Toolpusher | Helix | 108A | 1800-0600 | 1 | 15 | 21-Jun-24 |
| 22 | D | S | Matthew Sharp | Toolpusher | Helix | 108B | 0600-1800 | 2 | 1 | 5-Jul-24 |
| 23 | T | T | Mitchell Snipes | Medic | Helix | 109A | 0600-1800 | 1 | 15 | 21-Jun-24 |
| 24 | B | B | William Butler | Chief Mate | Helix | 109B | 1800-0600 | 2 | 2 | 4-Jul-24 |
| 25 | | | | | | 110A | 1800-0600 | 1 | | |
| 26 | R | R | Jeff Lorenz | ROV SUPT | Helix Robotics | 110B | 0600-1800 | 2 | 5 | 1-Jul-24 |
| 27 | | | David Lauer (303) | | Helix | 111A | 1800-0600 | 1 | | |
| 28 | M | M | Wm Bill Nickolyn | Storeman | Helix | 111B | 0600-1800 | 2 | 16 | 20-Jun-24 |
| 29 | D | S | Billy Fitts | SSE | Helix | 112A | 0600-1800 | 1 | 1 | 5-Jul-24 |
| 30 | D | S | | | | 112B | 1800-0600 | 2 | | |
| 31 | E | B | Randy Reese | EEO | Helix | 113A | 0000-1200 | 1 | 8 | 28-Jun-24 |
| 32 | B | E | Kurt Belyeu | EEO | Helix | 113B | 1200-0000 | 2 | 1 | 5-Jul-24 |
| 33 | 1 | B | Chirel Thronton | DPO | Helix | 114A | 0600-1800 | 1 | 1 | 5-Jul-24 |
| 34 | 1 | B | Daniel Lovell | DPO | Helix | 114B | 1800-0600 | 2 | 15 | 21-Jun-24 |
| 35 | | | David Gussman | Clerk | Talos | 115A | 0600-1800 | 1 | | |
| 36 | | | Matthew Vogel | Clerk | Talos | 115B | 1800-0600 | 2 | 36 | 31-May-24 |

CONFIDENTIAL

TALOS-00409

| TIME | 12:00 | | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 5-Jul-24 | | 125 | 71 | 13 | 37 | 4 | 6 | 1 | 8 |
| 37 | 1 | 3 | | Bosun | | TD1A | 0600-1800 | 1 | | |
| 38 | 1 | 3 | Jerry Phelps | AB | Core Group | TD1B | 1800-0600 | 2 | 1 | 5-Jul-24 |
| 39 | 1 | 3 | Wilfer Salas | AB | Helix | TD1C | 1800-0600 | 1 | 15 | 21-Jun-24 |
| 40 | 1 | 3 | Matthew Wilson | AB | Helix | TD1D | 0600-1800 | 2 | 6 | 30-Jun-24 |
| 41 | | | Ross Noyce | SSE | OSS | TD2A | | 1 | 4 | 2-Jul-24 |
| 42 | | | Darren Smith | SSE | OSS | TD2B | | 2 | 16 | 20-Jun-24 |
| 43 | R | S | Noel Osoriodiaz | SSE | OSS | TD2C | | 1 | 19 | 17-Jun-24 |
| 44 | R | S | Robert Duncan | SSE | OSS | TD2D | | 2 | 37 | 30-May-24 |
| 45 | 2 | E | Kenderick Rodgers | Motorman | Helix | TD3A | 0000-1200 | 1 | 1 | 5-Jul-24 |
| 46 | 2 | E | Eric Serres | QMED | Helix | TD3B | 1200-0000 | 2 | 16 | 20-Jun-24 |
| 47 | | | Alexandre Forget | QMED | Core Group | TD3C | 0000-1200 | 1 | 2 | 4-Jul-24 |
| 48 | 2 | E | Eric Brown | Motorman | Core Group | TD3D | 1200-0000 | 2 | 1 | 5-Jul-24 |
| 49 | | | David Russel | Surveyor | DRS | TD4A | | 1 | 2 | 4-Jul-24 |
| 50 | | | Stephen Vandevelde | Surveyor | DRS | TD4B | | 2 | 2 | 4-Jul-24 |
| 51 | | | Ross Allemand | SS Super | Talos | TD5A | | 1 | 2 | 4-Jul-24 |
| 52 | | | | | | TD5B | | 2 | | |
| 53 | T | | Chris Nowling | Crane Op | Helix | TD6A | 0000-1200 | 1 | 2 | 4-Jul-24 |
| 54 | T | | Ladaryl White | Crane Op | Helix | TD6B | 1200-0000 | 2 | 19 | 17-Jun-24 |
| 55 | D | | Brandan West | Asst. Driller | Helix | TD7A | 1200-0000 | 1 | 15 | 21-Jun-24 |
| 56 | D | | Randy Tullos | Asst. Driller | Helix | TD7B | 0000-1200 | 2 | 1 | 5-Jul-24 |
| 57 | D | | Phillip Pitts | Derrickman | Helix | TD8A | 0000-1200 | 1 | 1 | 5-Jul-24 |
| 58 | D | | Jason McCain | Derrickman | Helix | TD8B | 1200-0000 | 2 | 15 | 21-Jun-24 |
| 59 | D | | Albert Alvear | Roughneck | Helix | TD8C | 1200-0000 | 1 | 1 | 5-Jul-24 |
| 60 | D | | Jesse Sims | Roughneck | Helix | TD8D | 0000-1200 | 2 | 1 | 5-Jul-24 |
| 61 | D | | Jeff McClure | Roughneck | Helix | TD9A | 0000-1200 | 1 | 1 | 5-Jul-24 |
| 62 | D | | Tracy Johnson | Roughneck | Helix | TD9B | 0000-1200 | 2 | 29 | 7-Jun-24 |
| 63 | D | | Cory Johnson | Roughneck | Helix | TD9C | 1200-0000 | 1 | 15 | 21-Jun-24 |
| 64 | D | | Willie Neal | Roughneck | Helix | TD9D | 1200-0000 | 2 | 15 | 21-Jun-24 |
| 65 | T | | Vantrerius McKnight | Asst Crane Op | Helix | TD10A | 1200-0000 | 1 | 16 | 20-Jun-24 |
| 66 | T | | Ron Blaylock | Asst Crane Op | Helix | TD10B | 0000-1200 | 2 | 2 | 4-Jul-24 |
| 67 | 1 | 3 | Timothy Tapp | OS | Core Group | TD10C | 1200-0000 | 1 | 2 | 4-Jul-24 |
| 68 | 1 | 3 | Burabari Gokana | OS | Helix | TD10D | 0000-1200 | 2 | 2 | 4-Jul-24 |
| 69 | D | | Michael Taylor | Mechanic | Atlas | TD11A | 1200-0000 | 1 | 2 | 4-Jul-24 |
| 70 | M | M | Craig Flowers | Welder | Helix | TD11B | 0000-1200 | 2 | 2 | 4-Jul-24 |
| 71 | 2 | E | | QMED | | TD11C | 0000-1200 | 1 | | |
| 72 | 2 | E | Gobari Nleko | Motorman | Core Group | TD11D | 1200-0000 | 2 | 1 | 5-Jul-24 |
| 73 | T | | Marquis Harrell | Roustabout | Core Group | TD12A | 0000-1200 | 1 | 2 | 4-Jul-24 |
| 74 | T | | Gaetano Macellari | Roustabout | Helix | TD12B | 1200-0000 | 2 | 16 | 20-Jun-24 |
| 75 | T | | Andrew Schwartz | Roustabout | Helix | TD12C | 1200-000 | 1 | 16 | 20-Jun-24 |
| 76 | T | | Kenderrick Belvin | Roustabout | Core Group | TD12D | 0000-1200 | 2 | 2 | 4-Jul-24 |
| 77 | T | | Samuel Terry | Roustabout | Helix | TD13A | 1200-0000 | 1 | 16 | 20-Jun-24 |
| 78 | T | | Jonathan Madland | Roustabout | Core Group | TD13B | 0000-1200 | 2 | 2 | 4-Jul-24 |
| 79 | | | Kevin Mauna | Day Laundry | Aramark | TD13C | 1200-0000 | 1 | 5 | 1-Jul-24 |
| 80 | | | Crispin Mendoza | Night Laundry | Aramark | TD13D | 0000-1200 | 2 | 33 | 3-Jun-24 |
| 81 | | | Ranier Corpuz | Steward | Aramark | TD14A | 0730-1930 | 1 | 5 | 1-Jul-24 |
| 82 | | | Roy Gantuangco | Cook | Aramark | TD14B | 0730-1930 | 2 | 33 | 3-Jun-24 |
| 83 | | | Gerald Villegas | Cook | Aramark | TD14C | 1930-0730 | 1 | 5 | 1-Jul-24 |
| 84 | | | Bryan Valinson | Steward | Aramark | TD14D | 1930-0730 | 2 | 5 | 1-Jul-24 |
| 85 | | | Gabriel Genaloc | Steward | Aramark | TD15A | 0730-1930 | 1 | 33 | 3-Jun-24 |
| 86 | | | Carlos Atienza | Steward | Aramark | TD15B | 0730-1930 | 2 | 5 | 1-Jul-24 |
| 87 | | | Mark Panglingayen | Steward | Aramark | TD15C | 0730-1930 | 1 | 33 | 3-Jun-24 |
| 88 | | | Brian Mateo | Steward | Aramark | TD15D | 1930-0730 | 2 | 33 | 3-Jun-24 |

CONFIDENTIAL

TALOS-00410

| TIME | 12:00 | | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 5-Jul-24 | | 125 | 71 | 13 | 37 | 4 | 6 | 1 | 8 |
| 89 | | | Brady Brown | Tech | Proserv | LD1A | 1800-0600 | 1 | 35 | 1-Jun-24 |
| 90 | | | Jeffery Surratt | Tech | Proserv | LD1B | 0600-1800 | 2 | 35 | 1-Jun-24 |
| 91 | | | | | | LD1C | 1800-0600 | 1 | | |
| 92 | | | | | | LD1D | 0600-1800 | 2 | | |
| 93 | | | Chris McAlexander | Cementer | SLB | LD2A | 0600-1800 | 1 | 8 | 28-Jun-24 |
| 94 | | | | | | LD2B | 1800-0600 | 2 | | |
| 95 | | | | | | LD2C | 1800-0600 | 1 | | |
| 96 | | | Llewllyn Bowen | Well Test | SLB | LD2D | | 2 | 1 | 5-Jul-24 |
| 97 | R | | Shaun Wells | ROV | Helix Robotics | LD3A | 1800-0600 | 1 | 12 | 24-Jun-24 |
| 98 | R | | Trenton Campbell | ROV | Helix Robotics | LD3B | 0600-1800 | 2 | 8 | 28-Jun-24 |
| 99 | R | | Jude Loupe | ROV | Helix Robotics | LD3C | 0600-1800 | 1 | 8 | 28-Jun-24 |
| 100 | R | | Rowley Clark | ROV | Helix Robotics | LD3D | 0600-1800 | 2 | 8 | 28-Jun-24 |
| 101 | R | | Phillip Durbin | ROV | Helix Robotics | LD4A | 1200-0000 | 1 | 5 | 1-Jul-24 |
| 102 | R | | Jimmy Butler | ROV | Helix Robotics | LD4B | 1200-0000 | 2 | 5 | 1-Jul-24 |
| 103 | R | | Tyler Hebert | ROV | Helix Robotics | LD4C | 0000-1200 | 1 | 5 | 1-Jul-24 |
| 104 | R | | John Burris | ROV | Helix Robotics | LD4D | 0000-1200 | 2 | 4 | 2-Jul-24 |
| 105 | R | | Shawn Weaver | ROV | Helix Robotics | LD5A | 0000-1200 | 1 | 5 | 1-Jul-24 |
| 106 | R | | Michael Claude | ROV | Helix Robotics | LD5B | 0000-1200 | 2 | 19 | 17-Jun-24 |
| 107 | R | | Shawn Van Horn | ROV | Helix Robotics | LD5C | 1200-0000 | 1 | 8 | 28-Jun-24 |
| 108 | R | | Luis Pena | ROV | Helix Robotics | LD5D | 1200-0000 | 2 | 4 | 2-Jul-24 |
| 109 | | | Jason Becker | Coil Tubing | SLB | LD6A | | 1 | 2 | 4-Jul-24 |
| 110 | | | Justin Jean | Coil Tubing | SLB | LD6B | | 2 | 2 | 4-Jul-24 |
| 111 | | | David Derouselle | Coil Tubing | SLB | LD6C | | 1 | 1 | 5-Jul-24 |
| 112 | | | Zachary Arnaud | Coil Tubing | SLB | LD6D | | 2 | 1 | 5-Jul-24 |
| 113 | | | Dwight Lindon | Tech | Oil States | LD7A | | 1 | 1 | 5-Jul-24 |
| 114 | | | Eric Chapman | Tech | Oil States | LD7B | | 2 | 1 | 5-Jul-24 |
| 115 | | | Ronnie Davis | Tech | Oil States | LD7C | | 1 | 1 | 5-Jul-24 |
| 116 | | | John Sitton | Tech | Oil States | LD7D | | 2 | 1 | 5-Jul-24 |
| 117 | | | Raymond Borne | Well Test | SLB | LD8A | | 1 | 2 | 4-Jul-24 |
| 118 | | | Daniel Petroski | Well Test | SLB | LD8B | | 2 | 2 | 4-Jul-24 |
| 119 | | | Talon Shicksnider | Well Test | SLB | LD8C | | 1 | 2 | 4-Jul-24 |
| 120 | | | Jerrin Dugas | Well Test | SLB | LD8D | | 2 | 2 | 4-Jul-24 |
| 121 | | | John Tauriac | Well Test | SLB | LD9A | | 1 | 1 | 5-Jul-24 |
| 122 | | | Sergio Garcia | Well Test | SLB | LD9B | | 2 | 1 | 5-Jul-24 |
| 123 | | | Patrick Giroir | Well Test | SLB | LD9C | | 1 | 1 | 5-Jul-24 |
| 124 | | | Wayne Ray | Well Test | SLB | LD9D | | 2 | 1 | 5-Jul-24 |
| 125 | | | | | | LD10A | | 1 | | |
| 126 | R | S | Randy Hayes | SSE | Helix | LD10B | 1200-0000 | 2 | 2 | 4-Jul-24 |
| 127 | R | S | Murphy Macleod | SSE | Helix | LD10C | 0000-1200 | 1 | 1 | 5-Jul-24 |
| 128 | | | | | | LD10D | | 2 | | |
| 129 | | | Matt Enox | Tech | OFI | LD11A | | 1 | 2 | 4-Jul-24 |
| 130 | | | Josh Holmes | Tech | OTC | LD11B | | 2 | 4 | 2-Jul-24 |
| 131 | | | Owen Abercrombie | Tech | FMC | LD11C | | 1 | 2 | 4-Jul-24 |
| 132 | | | Carlton Arrington | Tech | OTC | LD11D | | 2 | 1 | 5-Jul-24 |
| 133 | | | | | | LD12A | | 1 | | |
| 134 | | | Joseph Twiner | Tech | OES | LD12B | | 2 | 31 | 5-Jun-24 |
| 135 | | | | | | LD12C | | 1 | | |
| 136 | | | | | | LD12D | | 2 | | |
| 137 | | | Brandon Irvin | Coil Tubing | SLB | LD13A | | 1 | 1 | 5-Jul-24 |
| 138 | | | Brian Castille | Coil Tubing | SLB | LD13B | | 2 | 1 | 5-Jul-24 |
| 139 | | | William Nyarza | Coil Tubing | SLB | LD13C | | 1 | 1 | 5-Jul-24 |
| 140 | | | Drake Delasbour | Coil Tubing | SLB | LD13D | | 2 | 1 | 5-Jul-24 |

CONFIDENTIAL

| TIME | 9:03 | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 6-Jul-24 | **127** | **71** | **13** | **38** | **5** | **5** | **1** | **7** |
| Article # | On Shift | Off Shift | Name | Billet | Company | Room | Shift | LIFEBOAT | | Date Onboard |
| 1 | B | B | Ryan Maas | Master / OIM | Helix | 301 | 0600-1800 | 1 | 17 | 20-Jun-24 |
| 2 | D | B | Danny Richardson | Lead | Talos | 302 | 0600-1800 | 2 | 3 | 4-Jul-24 |
| See Below | | | David Lauer | GM SSIG | Helix | **303** | | See Below | 5 | 2-Jul-24 |
| 3 | D | B | Sean Rains | Co Rep | Talos | 304A | 1800-0600 | 1 | 3 | 4-Jul-24 |
| 4 | D | B | Quentin Landry | HSE | Talos | 304B | 0600-1800 | 2 | 3 | 4-Jul-24 |
| 5 | E | E | Thomas Harvey | Chief Engineer | Helix | 305 | 0600-1800 | 1 | 2 | 5-Jul-24 |
| 6 | B | B | Joshua Pooler | Superintendent | Helix | 306 | 0600-1800 | 2 | 16 | 21-Jun-24 |
| See Below | | | Jason Fruge | Comp Sup | Talos | **307A** | | See Below | 1 | 6-Jul-24 |
| See Below | | | | | | **307B** | | See Below | | |
| 7 | B | B | Armaund Grossie | EHS Advisor | Helix | 101B | 0600-1800 | 1 | 3 | 4-Jul-24 |
| 8 | E | E | R. Dustin Cyr | 1AE | Helix | 101A | 1800-0600 | 2 | 17 | 20-Jun-24 |
| 9 | 2 | E | Tim Matassa | 2AE | Helix | 102A | 1200-0000 | 1 | 3 | 4-Jul-24 |
| 10 | 2 | E | Andrew St. Jarre | 2AE | Helix | 102B | 0000-1200 | 2 | 17 | 20-Jun-24 |
| 11 | 2 | E | Kamen McLean | 3AE | Helix | 103A | 1200-0000 | 1 | 16 | 21-Jun-24 |
| 12 | 2 | E | Casey Escobar | 3AE | Helix | 103B | 0000-1200 | 2 | 2 | 5-Jul-24 |
| 13 | B | B | Samantha Wendling | Sr. DPO | Helix | 104A | 1200-0000 | 1 | 17 | 20-Jun-24 |
| 14 | B | B | Nick Lupo | Sr. DPO | Helix | 104B | 0000-1200 | 2 | 3 | 4-Jul-24 |
| 15 | F | E | Shawn Payton | EEO | Helix | 105A | 1200-0000 | 1 | 2 | 5-Jul-24 |
| 16 | F | E | | Electrician | | 105B | 0000-1200 | 2 | | |
| 17 | M | M | Joseph Ashon | Campboss | Helix | 106A | 0600-1800 | 1 | 6 | 1-Jul-24 |
| 18 | | | Arturo Idaniol | Cook | Aramark | 106B | 1800-0600 | 2 | 6 | 1-Jul-24 |
| 19 | D | | Ryan Happe | Driller | Helix | 107A | 0000-1200 | 1 | 2 | 5-Jul-24 |
| 20 | D | | Steve Van Buren | Driller | Helix | 107B | 1200-0000 | 2 | 7 | 30-Jun-24 |
| 21 | D | S | Ryan Terry | Toolpusher | Helix | 108A | 1800-0600 | 1 | 16 | 21-Jun-24 |
| 22 | D | S | Matthew Sharp | Toolpusher | Helix | 108B | 0600-1800 | 2 | 2 | 5-Jul-24 |
| 23 | T | T | Mitchell Snipes | Medic | Helix | 109A | 0600-1800 | 1 | 16 | 21-Jun-24 |
| 24 | B | B | William Butler | Chief Mate | Helix | 109B | 1800-0600 | 2 | 3 | 4-Jul-24 |
| 25 | | | | | | 110A | 1800-0600 | 1 | | |
| 26 | R | R | Jeff Lorenz | ROV SUPT | Helix Robotics | 110B | 0600-1800 | 2 | 6 | 1-Jul-24 |
| 27 | | | David Lauer (303) | | Helix | 111A | 1800-0600 | 1 | | |
| 28 | M | M | Wm Bill Nickolyn | Storeman | Helix | 111B | 0600-1800 | 2 | 17 | 20-Jun-24 |
| 29 | D | S | Billy Fitts | SSE | Helix | 112A | 0600-1800 | 1 | 2 | 5-Jul-24 |
| 30 | D | S | | | | 112B | 1800-0600 | 2 | | |
| 31 | E | B | Randy Reese | EEO | Helix | 113A | 0000-1200 | 1 | 9 | 28-Jun-24 |
| 32 | B | E | Kurt Belyeu | EEO | Helix | 113B | 1200-0000 | 2 | 2 | 5-Jul-24 |
| 33 | 1 | B | Chirel Thronton | DPO | Helix | 114A | 0600-1800 | 1 | 2 | 5-Jul-24 |
| 34 | 1 | B | Daniel Lovell | DPO | Helix | 114B | 1800-0600 | 2 | 16 | 21-Jun-24 |
| 35 | | | David Gussman | Clerk | Talos | 115A | 0600-1800 | 1 | | |
| 36 | | | Matthew Vogel | Clerk | Talos | 115B | 1800-0600 | 2 | 37 | 31-May-24 |

CONFIDENTIAL

TALOS-00412

| TIME | 9:03 | | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 6-Jul-24 | | 127 | 71 | 13 | 38 | 5 | 5 | 1 | 7 |
| 37 | 1 | 3 | Jaime Marin | Bosun | Helix | TD1A | 0600-1800 | 1 | 1 | 6-Jul-24 |
| 38 | 1 | 3 | Jerry Phelps | AB | Core Group | TD1B | 1800-0600 | 2 | 2 | 5-Jul-24 |
| 39 | 1 | 3 | Wilfer Salas | AB | Helix | TD1C | 1800-0600 | 1 | 16 | 21-Jun-24 |
| 40 | 1 | 3 | Matthew Wilson | AB | Helix | TD1D | 0600-1800 | 2 | 7 | 30-Jun-24 |
| 41 | | | Ross Noyce | SSE | OSS | TD2A | | 1 | 5 | 2-Jul-24 |
| 42 | | | Darren Smith | SSE | OSS | TD2B | | 2 | 17 | 20-Jun-24 |
| 43 | R | S | Noel Osoriodiaz | SSE | OSS | TD2C | | 1 | 20 | 17-Jun-24 |
| 44 | R | S | Robert Duncan | SSE | OSS | TD2D | | 2 | 38 | 30-May-24 |
| 45 | 2 | E | Kenderick Rodgers | Motorman | Helix | TD3A | 0000-1200 | 1 | 2 | 5-Jul-24 |
| 46 | 2 | E | Eric Serres | QMED | Helix | TD3B | 1200-0000 | 2 | 17 | 20-Jun-24 |
| 47 | | | Alexandre Forget | QMED | Core Group | TD3C | 0000-1200 | 1 | 3 | 4-Jul-24 |
| 48 | 2 | E | Eric Brown | Motorman | Core Group | TD3D | 1200-0000 | 2 | 2 | 5-Jul-24 |
| 49 | | | David Russel | Surveyor | DRS | TD4A | | 1 | 3 | 4-Jul-24 |
| 50 | | | Stephen Vandevelde | Surveyor | DRS | TD4B | | 2 | 3 | 4-Jul-24 |
| 51 | | | Ross Allemand | SS Super | Talos | TD5A | | 1 | 3 | 4-Jul-24 |
| 52 | | | | | | TD5B | | 2 | | |
| 53 | T | | Chris Nowling | Crane Op | Helix | TD6A | 0000-1200 | 1 | 3 | 4-Jul-24 |
| 54 | T | | Ladaryl White | Crane Op | Helix | TD6B | 1200-0000 | 2 | 20 | 17-Jun-24 |
| 55 | D | | Brandan West | Asst. Driller | Helix | TD7A | 1200-0000 | 1 | 16 | 21-Jun-24 |
| 56 | D | | Randy Tullos | Asst. Driller | Helix | TD7B | 0000-1200 | 2 | 2 | 5-Jul-24 |
| 57 | D | | Phillip Pitts | Derrickman | Helix | TD8A | 0000-1200 | 1 | 2 | 5-Jul-24 |
| 58 | D | | Jason McCain | Derrickman | Helix | TD8B | 1200-0000 | 2 | 16 | 21-Jun-24 |
| 59 | D | | Albert Alvear | Roughneck | Helix | TD8C | 1200-0000 | 1 | 2 | 5-Jul-24 |
| 60 | D | | Jesse Sims | Roughneck | Helix | TD8D | 0000-1200 | 2 | 2 | 5-Jul-24 |
| 61 | D | | Jeff McClure | Roughneck | Helix | TD9A | 0000-1200 | 1 | 2 | 5-Jul-24 |
| 62 | D | | Tracy Johnson | Roughneck | Helix | TD9B | 0000-1200 | 2 | 30 | 7-Jun-24 |
| 63 | D | | Cory Johnson | Roughneck | Helix | TD9C | 1200-0000 | 1 | 16 | 21-Jun-24 |
| 64 | D | | Willie Neal | Roughneck | Helix | TD9D | 1200-0000 | 2 | 16 | 21-Jun-24 |
| 65 | T | | Vantrerius McKnight | Asst Crane Op | Helix | TD10A | 1200-0000 | 1 | 17 | 20-Jun-24 |
| 66 | T | | Ron Blaylock | Asst Crane Op | Helix | TD10B | 0000-1200 | 2 | 3 | 4-Jul-24 |
| 67 | 1 | 3 | Timothy Tapp | OS | Core Group | TD10C | 1200-0000 | 1 | 3 | 4-Jul-24 |
| 68 | 1 | 3 | Burabari Gokana | OS | Helix | TD10D | 0000-1200 | 2 | 3 | 4-Jul-24 |
| 69 | D | | Michael Taylor | Mechanic | Atlas | TD11A | 1200-0000 | 1 | 3 | 4-Jul-24 |
| 70 | M | M | Craig Flowers | Welder | Helix | TD11B | 0000-1200 | 2 | 3 | 4-Jul-24 |
| 71 | | | Jason Fruge (307) | | Talos | TD11C | | 1 | | |
| 72 | 2 | E | Gobari Nleko | Motorman | Core Group | TD11D | 1200-0000 | 2 | 2 | 5-Jul-24 |
| 73 | T | | Marquis Harrell | Roustabout | Core Group | TD12A | 0000-1200 | 1 | 3 | 4-Jul-24 |
| 74 | T | | Gaetano Macellari | Roustabout | Helix | TD12B | 1200-0000 | 2 | 17 | 20-Jun-24 |
| 75 | T | | Andrew Schwartz | Roustabout | Helix | TD12C | 1200-000 | 1 | 17 | 20-Jun-24 |
| 76 | T | | Kenderrick Belvin | Roustabout | Core Group | TD12D | 0000-1200 | 2 | 3 | 4-Jul-24 |
| 77 | T | | Samuel Terry | Roustabout | Helix | TD13A | 1200-0000 | 1 | 17 | 20-Jun-24 |
| 78 | T | | | Roustabout | | TD13B | 0000-1200 | 2 | | |
| 79 | | | Kevin Mauna | Day Laundry | Aramark | TD13C | 1200-0000 | 1 | 6 | 1-Jul-24 |
| 80 | | | Crispin Mendoza | Night Laundry | Aramark | TD13D | 0000-1200 | 2 | 34 | 3-Jun-24 |
| 81 | | | Ranier Corpuz | Steward | Aramark | TD14A | 0730-1930 | 1 | 6 | 1-Jul-24 |
| 82 | | | Roy Gantuangco | Cook | Aramark | TD14B | 0730-1930 | 2 | 34 | 3-Jun-24 |
| 83 | | | Gerald Villegas | Cook | Aramark | TD14C | 1930-0730 | 1 | 6 | 1-Jul-24 |
| 84 | | | Bryan Valinson | Steward | Aramark | TD14D | 1930-0730 | 2 | 6 | 1-Jul-24 |
| 85 | | | Gabriel Genaloc | Steward | Aramark | TD15A | 0730-1930 | 1 | 34 | 3-Jun-24 |
| 86 | | | Carlos Atienza | Steward | Aramark | TD15B | 0730-1930 | 2 | 6 | 1-Jul-24 |
| 87 | | | Mark Panglingayen | Steward | Aramark | TD15C | 0730-1930 | 1 | 34 | 3-Jun-24 |
| 88 | | | Brian Mateo | Steward | Aramark | TD15D | 1930-0730 | 2 | 34 | 3-Jun-24 |

CONFIDENTIAL

| TIME | 9:03 | | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 6-Jul-24 | | **127** | **71** | **13** | **38** | **5** | **5** | **1** | **7** |
| 89 | | | Brady Brown | Tech | Proserv | LD1A | 1800-0600 | 1 | 36 | 1-Jun-24 |
| 90 | | | Jeffery Surratt | Tech | Proserv | LD1B | 0600-1800 | 2 | 36 | 1-Jun-24 |
| 91 | | | | | | LD1C | 1800-0600 | 1 | | |
| 92 | | | | | | LD1D | 0600-1800 | 2 | | |
| 93 | | | Chris McAlexander | Cementer | SLB | LD2A | 0600-1800 | 1 | 9 | 28-Jun-24 |
| 94 | | | | | | LD2B | 1800-0600 | 2 | | |
| 95 | | | | | | LD2C | 1800-0600 | 1 | | |
| 96 | | | Llewllyn Bowen | Well Test | SLB | LD2D | | 2 | 2 | 5-Jul-24 |
| 97 | R | | Shaun Wells | ROV | Helix Robotics | LD3A | 1800-0600 | 1 | 13 | 24-Jun-24 |
| 98 | R | | Trenton Campbell | ROV | Helix Robotics | LD3B | 0600-1800 | 2 | 9 | 28-Jun-24 |
| 99 | R | | Jude Loupe | ROV | Helix Robotics | LD3C | 0600-1800 | 1 | 9 | 28-Jun-24 |
| 100 | R | | Rowley Clark | ROV | Helix Robotics | LD3D | 0600-1800 | 2 | 9 | 28-Jun-24 |
| 101 | R | | Phillip Durbin | ROV | Helix Robotics | LD4A | 1200-0000 | 1 | 6 | 1-Jul-24 |
| 102 | R | | Jimmy Butler | ROV | Helix Robotics | LD4B | 1200-0000 | 2 | 6 | 1-Jul-24 |
| 103 | R | | Tyler Hebert | ROV | Helix Robotics | LD4C | 0000-1200 | 1 | 6 | 1-Jul-24 |
| 104 | R | | John Burris | ROV | Helix Robotics | LD4D | 0000-1200 | 2 | 5 | 2-Jul-24 |
| 105 | R | | Shawn Weaver | ROV | Helix Robotics | LD5A | 0000-1200 | 1 | 6 | 1-Jul-24 |
| 106 | R | | Michael Claude | ROV | Helix Robotics | LD5B | 0000-1200 | 2 | 20 | 17-Jun-24 |
| 107 | R | | Shawn Van Horn | ROV | Helix Robotics | LD5C | 1200-0000 | 1 | 9 | 28-Jun-24 |
| 108 | R | | Luis Pena | ROV | Helix Robotics | LD5D | 1200-0000 | 2 | 5 | 2-Jul-24 |
| 109 | | | Jason Becker | Coil Tubing | SLB | LD6A | | 1 | 3 | 4-Jul-24 |
| 110 | | | Justin Jean | Coil Tubing | SLB | LD6B | | 2 | 3 | 4-Jul-24 |
| 111 | | | David Derouselle | Coil Tubing | SLB | LD6C | | 1 | 2 | 5-Jul-24 |
| 112 | | | Zachary Arnaud | Coil Tubing | SLB | LD6D | | 2 | 2 | 5-Jul-24 |
| 113 | | | Dwight Lindon | Tech | Oil States | LD7A | | 1 | 2 | 5-Jul-24 |
| 114 | | | Eric Chapman | Tech | Oil States | LD7B | | 2 | 2 | 5-Jul-24 |
| 115 | | | Ronnie Davis | Tech | Oil States | LD7C | | 1 | 2 | 5-Jul-24 |
| 116 | | | John Sitton | Tech | Oil States | LD7D | | 2 | 2 | 5-Jul-24 |
| 117 | | | Raymond Borne | Well Test | SLB | LD8A | | 1 | 3 | 4-Jul-24 |
| 118 | | | Daniel Petroski | Well Test | SLB | LD8B | | 2 | 3 | 4-Jul-24 |
| 119 | | | Talon Shicksnider | Well Test | SLB | LD8C | | 1 | 3 | 4-Jul-24 |
| 120 | | | Jerrin Dugas | Well Test | SLB | LD8D | | 2 | 3 | 4-Jul-24 |
| 121 | | | John Tauriac | Well Test | SLB | LD9A | | 1 | 2 | 5-Jul-24 |
| 122 | | | Sergio Garcia | Well Test | SLB | LD9B | | 2 | 2 | 5-Jul-24 |
| 123 | | | Patrick Giroir | Well Test | SLB | LD9C | | 1 | 2 | 5-Jul-24 |
| 124 | | | Wayne Ray | Well Test | SLB | LD9D | | 2 | 2 | 5-Jul-24 |
| 125 | | | | | | LD10A | | 1 | | |
| 126 | R | S | Randy Hayes | SSE | Helix | LD10B | 1200-0000 | 2 | 3 | 4-Jul-24 |
| 127 | R | S | Murphy Macleod | SSE | Helix | LD10C | 0000-1200 | 1 | 2 | 5-Jul-24 |
| 128 | | | | | | LD10D | | 2 | | |
| 129 | | | Matt Enox | Tech | OFI | LD11A | | 1 | 3 | 4-Jul-24 |
| 130 | | | Josh Holmes | Tech | OTC | LD11B | | 2 | 5 | 2-Jul-24 |
| 131 | | | Owen Abercrombie | Tech | TFMC | LD11C | | 1 | 3 | 4-Jul-24 |
| 132 | | | Carlton Arrington | Tech | OTC | LD11D | | 2 | 2 | 5-Jul-24 |
| 133 | | | | | | LD12A | | 1 | | |
| 134 | | | Joseph Twiner | Tech | OES | LD12B | | 2 | 32 | 5-Jun-24 |
| 135 | | | Andy Colbert | Tech | Oceaneering | LD12C | | 1 | 1 | 6-Jul-24 |
| 136 | | | | | | LD12D | | 2 | | |
| 137 | | | Brandon Irvin | Coil Tubing | SLB | LD13A | | 1 | 2 | 5-Jul-24 |
| 138 | | | Brian Castille | Coil Tubing | SLB | LD13B | | 2 | 2 | 5-Jul-24 |
| 139 | | | William Nyarza | Coil Tubing | SLB | LD13C | | 1 | 2 | 5-Jul-24 |
| 140 | | | Drake Delasbour | Coil Tubing | SLB | LD13D | | 2 | 2 | 5-Jul-24 |

CONFIDENTIAL

| TIME | 13:25 | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|
| Date: | 7-Jul-24 | **131** | **71** | **13** | **40** | **5** | **4** | **0** | **5** |
| Article # | On Shift | Off Shift | Name | Billet | Company | Room | Shift | LIFEBOAT | | Date Onboard |
| 1 | B | B | Ryan Maas | Master / OIM | Helix | 301 | 0600-1800 | 1 | 18 | 20-Jun-24 |
| 2 | D | B | Danny Richardson | Lead | Talos | 302 | 0600-1800 | 2 | 4 | 4-Jul-24 |
| See Below | | | David Lauer | GM SSIG | Helix | **303** | | See Below | 6 | 2-Jul-24 |
| 3 | D | B | Sean Rains | Co Rep | Talos | 304A | 1800-0600 | 1 | 4 | 4-Jul-24 |
| 4 | D | B | Quentin Landry | HSE | Talos | 304B | 0600-1800 | 2 | 4 | 4-Jul-24 |
| 5 | E | E | Thomas Harvey | Chief Engineer | Helix | 305 | 0600-1800 | 1 | 3 | 5-Jul-24 |
| 6 | B | B | Joshua Pooler | Superintendent | Helix | 306 | 0600-1800 | 2 | 17 | 21-Jun-24 |
| See Below | | | Jason Fruge | Comp Sup | Talos | **307A** | | See Below | 2 | 6-Jul-24 |
| See Below | | | | | | **307B** | | See Below | | |
| 7 | B | B | Armaund Grossie | EHS Advisor | Helix | 101B | 0600-1800 | 1 | 4 | 4-Jul-24 |
| 8 | E | E | R. Dustin Cyr | 1AE | Helix | 101A | 1800-0600 | 2 | 18 | 20-Jun-24 |
| 9 | 2 | E | Tim Matassa | 2AE | Helix | 102A | 1200-0000 | 1 | 4 | 4-Jul-24 |
| 10 | 2 | E | Andrew St. Jarre | 2AE | Helix | 102B | 0000-1200 | 2 | 18 | 20-Jun-24 |
| 11 | 2 | E | Kamen McLean | 3AE | Helix | 103A | 1200-0000 | 1 | 17 | 21-Jun-24 |
| 12 | 2 | E | Casey Escobar | 3AE | Helix | 103B | 0000-1200 | 2 | 3 | 5-Jul-24 |
| 13 | B | B | Samantha Wendling | Sr. DPO | Helix | 104A | 1200-0000 | 1 | 18 | 20-Jun-24 |
| 14 | B | B | Nick Lupo | Sr. DPO | Helix | 104B | 0000-1200 | 2 | 4 | 4-Jul-24 |
| 15 | F | E | Shawn Payton | EEO | Helix | 105A | 1200-0000 | 1 | 3 | 5-Jul-24 |
| 16 | F | E | | Electrician | | 105B | 0000-1200 | 2 | | |
| 17 | M | M | Joseph Ashon | Campboss | Helix | 106A | 0600-1800 | 1 | 7 | 1-Jul-24 |
| 18 | | | Arturo Idaniol | Cook | Aramark | 106B | 1800-0600 | 2 | 7 | 1-Jul-24 |
| 19 | D | | Ryan Happe | Driller | Helix | 107A | 0000-1200 | 1 | 3 | 5-Jul-24 |
| 20 | D | | Steve Van Buren | Driller | Helix | 107B | 1200-0000 | 2 | 8 | 30-Jun-24 |
| 21 | D | S | Ryan Terry | Toolpusher | Helix | 108A | 1800-0600 | 1 | 17 | 21-Jun-24 |
| 22 | D | S | Matthew Sharp | Toolpusher | Helix | 108B | 0600-1800 | 2 | 3 | 5-Jul-24 |
| 23 | T | T | Mitchell Snipes | Medic | Helix | 109A | 0600-1800 | 1 | 17 | 21-Jun-24 |
| 24 | B | B | William Butler | Chief Mate | Helix | 109B | 1800-0600 | 2 | 4 | 4-Jul-24 |
| 25 | | | | | | 110A | 1800-0600 | 1 | | |
| 26 | R | R | Jeff Lorenz | ROV SUPT | Helix Robotics | 110B | 0600-1800 | 2 | 7 | 1-Jul-24 |
| 27 | | | David Lauer (303) | | Helix | 111A | 1800-0600 | 1 | | |
| 28 | M | M | Wm Bill Nickolyn | Storeman | Helix | 111B | 0600-1800 | 2 | 18 | 20-Jun-24 |
| 29 | D | S | Billy Fitts | SSE | Helix | 112A | 0600-1800 | 1 | 3 | 5-Jul-24 |
| 30 | D | S | | | | 112B | 1800-0600 | 2 | | |
| 31 | E | B | Randy Reese | EEO | Helix | 113A | 0000-1200 | 1 | 10 | 28-Jun-24 |
| 32 | B | E | Kurt Belyeu | EEO | Helix | 113B | 1200-0000 | 2 | 3 | 5-Jul-24 |
| 33 | 1 | B | Chirel Thronton | DPO | Helix | 114A | 0600-1800 | 1 | 3 | 5-Jul-24 |
| 34 | 1 | B | Daniel Lovell | DPO | Helix | 114B | 1800-0600 | 2 | 17 | 21-Jun-24 |
| 35 | | | David Gussman | Clerk | Talos | 115A | 0600-1800 | 1 | | |
| 36 | | | Matthew Vogel | Clerk | Talos | 115B | 1800-0600 | 2 | 38 | 31-May-24 |

CONFIDENTIAL

| TIME | 13:25 | | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 7-Jul-24 | | **131** | **71** | **13** | **40** | **5** | **4** | **0** | **5** |
| 37 | 1 | 3 | Jaime Marin | Bosun | Helix | TD1A | 0600-1800 | 1 | 2 | 6-Jul-24 |
| 38 | 1 | 3 | Jerry Phelps | AB | Core Group | TD1B | 1800-0600 | 2 | 3 | 5-Jul-24 |
| 39 | 1 | 3 | Wilfer Salas | AB | Helix | TD1C | 1800-0600 | 1 | 17 | 21-Jun-24 |
| 40 | 1 | 3 | Matthew Wilson | AB | Helix | TD1D | 0600-1800 | 2 | 8 | 30-Jun-24 |
| 41 | | | Ross Noyce | SSE | OSS | TD2A | | 1 | 6 | 2-Jul-24 |
| 42 | | | Darren Smith | SSE | OSS | TD2B | | 2 | 18 | 20-Jun-24 |
| 43 | R | S | Noel Osoriodiaz | SSE | OSS | TD2C | | 1 | 21 | 17-Jun-24 |
| 44 | R | S | Robert Duncan | SSE | OSS | TD2D | | 2 | 39 | 30-May-24 |
| 45 | 2 | E | Kenderick Rodgers | Motorman | Helix | TD3A | 0000-1200 | 1 | 3 | 5-Jul-24 |
| 46 | 2 | E | Eric Serres | QMED | Helix | TD3B | 1200-0000 | 2 | 18 | 20-Jun-24 |
| 47 | | | Alexandre Forget | QMED | Core Group | TD3C | 0000-1200 | 1 | 4 | 4-Jul-24 |
| 48 | 2 | E | Eric Brown | Motorman | Core Group | TD3D | 1200-0000 | 2 | 3 | 5-Jul-24 |
| 49 | | | Beau Bodin | Tech | PRT | TD4A | | 1 | 1 | 7-Jul-24 |
| 50 | | | Elroy Grossie | Tech | PRT | TD4B | | 2 | 1 | 7-Jul-24 |
| 51 | | | Ross Allemand | SS Super | Talos | TD5A | | 1 | 4 | 4-Jul-24 |
| 52 | | | | | | TD5B | | 2 | | |
| 53 | T | | Chris Nowling | Crane Op | Helix | TD6A | 0000-1200 | 1 | 4 | 4-Jul-24 |
| 54 | T | | Ladaryl White | Crane Op | Helix | TD6B | 1200-0000 | 2 | 21 | 17-Jun-24 |
| 55 | D | | Brandan West | Asst. Driller | Helix | TD7A | 1200-0000 | 1 | 17 | 21-Jun-24 |
| 56 | D | | Randy Tullos | Asst. Driller | Helix | TD7B | 0000-1200 | 2 | 3 | 5-Jul-24 |
| 57 | D | | Phillip Pitts | Derrickman | Helix | TD8A | 0000-1200 | 1 | 3 | 5-Jul-24 |
| 58 | D | | Jason McCain | Derrickman | Helix | TD8B | 1200-0000 | 2 | 17 | 21-Jun-24 |
| 59 | D | | Albert Alvear | Roughneck | Helix | TD8C | 1200-0000 | 1 | 3 | 5-Jul-24 |
| 60 | D | | Jesse Sims | Roughneck | Helix | TD8D | 0000-1200 | 2 | 3 | 5-Jul-24 |
| 61 | D | | Jeff McClure | Roughneck | Helix | TD9A | 0000-1200 | 1 | 3 | 5-Jul-24 |
| 62 | D | | Tracy Johnson | Roughneck | Helix | TD9B | 0000-1200 | 2 | 31 | 7-Jun-24 |
| 63 | D | | Cory Johnson | Roughneck | Helix | TD9C | 1200-0000 | 1 | 17 | 21-Jun-24 |
| 64 | D | | Willie Neal | Roughneck | Helix | TD9D | 1200-0000 | 2 | 17 | 21-Jun-24 |
| 65 | T | | Vantrerius McKnight | Asst Crane Op | Helix | TD10A | 1200-0000 | 1 | 18 | 20-Jun-24 |
| 66 | T | | Ron Blaylock | Asst Crane Op | Helix | TD10B | 0000-1200 | 2 | 4 | 4-Jul-24 |
| 67 | 1 | 3 | Timothy Tapp | OS | Core Group | TD10C | 1200-0000 | 1 | 4 | 4-Jul-24 |
| 68 | 1 | 3 | Burabari Gokana | OS | Helix | TD10D | 0000-1200 | 2 | 4 | 4-Jul-24 |
| 69 | D | | Michael Taylor | Mechanic | Atlas | TD11A | 1200-0000 | 1 | 4 | 4-Jul-24 |
| 70 | M | M | Craig Flowers | Welder | Helix | TD11B | 0000-1200 | 2 | 4 | 4-Jul-24 |
| 71 | | | Jason Fruge (307) | | Talos | TD11C | | 1 | | |
| 72 | 2 | E | Gobari Nleko | Motorman | Core Group | TD11D | 1200-0000 | 2 | 3 | 5-Jul-24 |
| 73 | T | | Marquis Harrell | Roustabout | Core Group | TD12A | 0000-1200 | 1 | 4 | 4-Jul-24 |
| 74 | T | | Gaetano Macellari | Roustabout | Helix | TD12B | 1200-0000 | 2 | 18 | 20-Jun-24 |
| 75 | T | | Andrew Schwartz | Roustabout | Helix | TD12C | 1200-000 | 1 | 18 | 20-Jun-24 |
| 76 | T | | Kenderrick Belvin | Roustabout | Core Group | TD12D | 0000-1200 | 2 | 4 | 4-Jul-24 |
| 77 | T | | Samuel Terry | Roustabout | Helix | TD13A | 1200-0000 | 1 | 18 | 20-Jun-24 |
| 78 | T | | | Roustabout | | TD13B | 0000-1200 | 2 | | |
| 79 | | | Kevin Mauna | Day Laundry | Aramark | TD13C | 1200-0000 | 1 | 7 | 1-Jul-24 |
| 80 | | | Crispin Mendoza | Night Laundry | Aramark | TD13D | 0000-1200 | 2 | 35 | 3-Jun-24 |
| 81 | | | Ranier Corpuz | Steward | Aramark | TD14A | 0730-1930 | 1 | 7 | 1-Jul-24 |
| 82 | | | Roy Gantuangco | Cook | Aramark | TD14B | 0730-1930 | 2 | 35 | 3-Jun-24 |
| 83 | | | Gerald Villegas | Cook | Aramark | TD14C | 1930-0730 | 1 | 7 | 1-Jul-24 |
| 84 | | | Bryan Valinson | Steward | Aramark | TD14D | 1930-0730 | 2 | 7 | 1-Jul-24 |
| 85 | | | Gabriel Genaloc | Steward | Aramark | TD15A | 0730-1930 | 1 | 35 | 3-Jun-24 |
| 86 | | | Carlos Atienza | Steward | Aramark | TD15B | 0730-1930 | 2 | 7 | 1-Jul-24 |
| 87 | | | Mark Panglingayen | Steward | Aramark | TD15C | 0730-1930 | 1 | 35 | 3-Jun-24 |
| 88 | | | Brian Mateo | Steward | Aramark | TD15D | 1930-0730 | 2 | 35 | 3-Jun-24 |

CONFIDENTIAL

TALOS-00416

| TIME | 13:25 | | Assigned Bunks | Helix, WOM, CLS, Atlas & Aramark | "Helix Robotics & MUX" | Client (45) | Client/3rd Party Overflow | Available HLX bunks | Available Robotics Bunks | Available Client Bunks |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: | 7-Jul-24 | | 131 | 71 | 13 | 40 | 5 | 4 | 0 | 5 |
| 89 | | | Brady Brown | Tech | Proserv | LD1A | 1800-0600 | 1 | 37 | 1-Jun-24 |
| 90 | | | Jeffery Surratt | Tech | Proserv | LD1B | 0600-1800 | 2 | 37 | 1-Jun-24 |
| 91 | | | | | | LD1C | 1800-0600 | 1 | | |
| 92 | | | | | | LD1D | 0600-1800 | 2 | | |
| 93 | | | Chris McAlexander | Cementer | SLB | LD2A | 0600-1800 | 1 | 10 | 28-Jun-24 |
| 94 | | | | | | LD2B | 1800-0600 | 2 | | |
| 95 | | | Gregorio Garcia | Tech | TFMC | LD2C | 1800-0600 | 1 | 1 | 7-Jul-24 |
| 96 | | | Llewllyn Bowen | Well Test | SLB | LD2D | | 2 | 3 | 5-Jul-24 |
| 97 | R | | Shaun Wells | ROV | Helix Robotics | LD3A | 1800-0600 | 1 | 14 | 24-Jun-24 |
| 98 | R | | Trenton Campbell | ROV | Helix Robotics | LD3B | 0600-1800 | 2 | 10 | 28-Jun-24 |
| 99 | R | | Jude Loupe | ROV | Helix Robotics | LD3C | 0600-1800 | 1 | 10 | 28-Jun-24 |
| 100 | R | | Rowley Clark | ROV | Helix Robotics | LD3D | 0600-1800 | 2 | 10 | 28-Jun-24 |
| 101 | R | | Phillip Durbin | ROV | Helix Robotics | LD4A | 1200-0000 | 1 | 7 | 1-Jul-24 |
| 102 | R | | Jimmy Butler | ROV | Helix Robotics | LD4B | 1200-0000 | 2 | 7 | 1-Jul-24 |
| 103 | R | | Tyler Hebert | ROV | Helix Robotics | LD4C | 0000-1200 | 1 | 7 | 1-Jul-24 |
| 104 | R | | John Burris | ROV | Helix Robotics | LD4D | 0000-1200 | 2 | 6 | 2-Jul-24 |
| 105 | R | | Shawn Weaver | ROV | Helix Robotics | LD5A | 0000-1200 | 1 | 7 | 1-Jul-24 |
| 106 | R | | Michael Claude | ROV | Helix Robotics | LD5B | 0000-1200 | 2 | 21 | 17-Jun-24 |
| 107 | R | | Shawn Van Horn | ROV | Helix Robotics | LD5C | 1200-0000 | 1 | 10 | 28-Jun-24 |
| 108 | R | | Luis Pena | ROV | Helix Robotics | LD5D | 1200-0000 | 2 | 6 | 2-Jul-24 |
| 109 | | | Jason Becker | Coil Tubing | SLB | LD6A | | 1 | 4 | 4-Jul-24 |
| 110 | | | Justin Jean | Coil Tubing | SLB | LD6B | | 2 | 4 | 4-Jul-24 |
| 111 | | | David Derouselle | Coil Tubing | SLB | LD6C | | 1 | 3 | 5-Jul-24 |
| 112 | | | Zachary Arnaud | Coil Tubing | SLB | LD6D | | 2 | 3 | 5-Jul-24 |
| 113 | | | Dwight Lindon | Tech | Oil States | LD7A | | 1 | 3 | 5-Jul-24 |
| 114 | | | Eric Chapman | Tech | Oil States | LD7B | | 2 | 3 | 5-Jul-24 |
| 115 | | | Nick Thibodeaux | Tech | Oil States | LD7C | | 1 | 1 | 7-Jul-24 |
| 116 | | | Raymond Jackson | Tech | Oil States | LD7D | | 2 | 1 | 7-Jul-24 |
| 117 | | | Raymond Borne | Well Test | SLB | LD8A | | 1 | 4 | 4-Jul-24 |
| 118 | | | Daniel Petroski | Well Test | SLB | LD8B | | 2 | 4 | 4-Jul-24 |
| 119 | | | Talon Shicksnider | Well Test | SLB | LD8C | | 1 | 4 | 4-Jul-24 |
| 120 | | | Jerrin Dugas | Well Test | SLB | LD8D | | 2 | 4 | 4-Jul-24 |
| 121 | | | | | | LD9A | | 1 | | |
| 122 | | | Sergio Garcia | Well Test | SLB | LD9B | | 2 | 3 | 5-Jul-24 |
| 123 | | | Patrick Giroir | Well Test | SLB | LD9C | | 1 | 3 | 5-Jul-24 |
| 124 | | | Wayne Ray | Well Test | SLB | LD9D | | 2 | 3 | 5-Jul-24 |
| 125 | | | Athur Cavalier | Tech | OES | LD10A | | 1 | 1 | 7-Jul-24 |
| 126 | R | S | Randy Hayes | SSE | Helix | LD10B | 1200-0000 | 2 | 4 | 4-Jul-24 |
| 127 | R | S | Murphy Macleod | SSE | Helix | LD10C | 0000-1200 | 1 | 3 | 5-Jul-24 |
| 128 | | | Lance Smith | Tech | OES | LD10D | | 2 | 1 | 7-Jul-24 |
| 129 | | | Matt Enox | Tech | OFI | LD11A | | 1 | 4 | 4-Jul-24 |
| 130 | | | Josh Holmes | Tech | OTC | LD11B | | 2 | 6 | 2-Jul-24 |
| 131 | | | Owen Abercrombie | Tech | TFMC | LD11C | | 1 | 4 | 4-Jul-24 |
| 132 | | | Carlton Arrington | Tech | OTC | LD11D | | 2 | 3 | 5-Jul-24 |
| 133 | | | Barry Ingram | Tech | OES | LD12A | | 1 | | |
| 134 | | | Joseph Twiner | Tech | OES | LD12B | | 2 | 33 | 5-Jun-24 |
| 135 | | | Desmond Larry | Tech | OES | LD12C | | 1 | 1 | 7-Jul-24 |
| 136 | | | Spencer Gill | Tech | OES | LD12D | | 2 | 1 | 7-Jul-24 |
| 137 | | | Brandon Irvin | Coil Tubing | SLB | LD13A | | 1 | 3 | 5-Jul-24 |
| 138 | | | Brian Castille | Coil Tubing | SLB | LD13B | | 2 | 3 | 5-Jul-24 |
| 139 | | | William Nyarza | Coil Tubing | SLB | LD13C | | 1 | 3 | 5-Jul-24 |
| 140 | | | Drake Delasbour | Coil Tubing | SLB | LD13D | | 2 | 3 | 5-Jul-24 |

CONFIDENTIAL